MARK L. JACKSON, ESQ.
Nevada Bar No.: 010905
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, Nevada 89101
Phone: (702) 444-4444
Fax: (702) 444-4455
E-Mail: mjackson@richardharrislaw.com
*Attorneys for Defendants Emmanuel Cespedes,*
 *Legal Representatives Of Estates of Deandre Lyle,*
 *Danny Miramontes, and Francisco Miramontes*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ACCEPTANCE INDEMNITY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>DESSERT AUTO TRADER, LLC, EMMANUEL CESPEDES, LEGAL REPRESENTATIVE OF ESTATE OF DEANDRE LYLE, LEGAL REPRESENTATIVE OF DANNY MIRAMONTES, and LEGAL REPRESENTATIVE OF ESTATE OF FRANCISCO MIRAMONTES,<br><br>Defendants. | Case No. 2:18-cv-2266-RFB-CWH |

## STIPULATION AND ORDER TO SET ASIDE DEFAULT

IT IS HEREBY STIPULATED, by and between the parties hereto, through their respective counsel, that the plaintiff Acceptance Indemnity Insurance Company's Request for Entry of Default against defendant Emmanuel Cespedes (Dkt. 15) be withdrawn or set aside. It

is further stipulated that defendant Emmanuel Cespedes shall have 20 days from the Notice of Entry of Order to file a responsive pleading to Plaintiff's Complaint for Interpleader and Declaratory Relief.

DATED this 25th day of February, 2019.  DATED this 25th day of February, 2019

**RICHARD HARRIS LAW FIRM**  **COZEN O'CONNOR**

*/s/ Mark L. Jackson*_____  */s/ Michael W. Melendez*_____
MARK L. JACKSON, ESQ.  MICHAEL W. MELENDEZ, ESQ.
Nevada Bar No.: 10905  Nevada Bar No.:6741
801 South Fourth Street  3735 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89101  Las Vegas, Nevada 89169
*Attorneys for Defendants Emmanuel Cespedes,*  *Attorneys for Plaintiff*
*Legal Representatives Of Estates of*
*Deandre Lyle, Danny Miramontes,*
*and Francisco Miramontes*

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: February 28, 2019.

# CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that, pursuant to FRCP 5, on the 25th day of February 2019, I served a copy of the foregoing **STIPULATION AND ORDER TO SET ASIDE DEFAULT** as follows:

[X] through the CM/ECF electronic filing system of the United States District Court for the District of Nevada, which is automatically sent to the following individuals, by electronic mail

[ ] by placing a true and correct copy of the same to be deposited for mailing in the U.S. Mail at Las Vegas, Nevada, enclosed in a sealed envelope upon which first class postage was fully prepaid; and/or

[ ] by hand delivery

to the attorneys listed below:

Michael W. Melendez, Esq.
COZEN O'CONNOR
3735 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
mmelendez@cozen.com
*Attorneys for Plaintiff*

*/s/: Andrea Bible*
_____
An employee of the Richard Harris Law Firm

LEGAL\40088206\1