Michael W. Melendez
Nevada Bar No. 6741
COZEN O'CONNOR
3753 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
Tel:     702.470.2330
Fax:     702.470.2355
Email:   mmelendez@cozen.com

Attorneys for Plaintiff and Counterdefendant
ACCEPTANCE INDEMNITY INSURANCE
COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ACCEPTANCE INDEMNITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DESERT AUTO TRADER LLC; EMMANUEL CESPEDES; LEGAL REPRESENTATIVE OF ESTATE OF DEANDRE LYLE; LEGAL REPRESENTATIVE OF ESTATE OF DANNY MIRAMONTES; AND LEGAL REPRESENTATIVE OF ESTATE OF FRANCISCO MIRAMONTES,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. 2:18-cv-02266-RFB-CWH<br><br>**STIPULATION AND PROPOSED ORDER TO PERMIT PLAINTIFF ACCEPTANCE INDEMNITY INSURANCE COMPANY TO FILE FIRST AMENDED COMPLAINT**<br><br><br>Judge:  Hon. Richard F. Boulware, II<br><br>Magistrate Judge:  Hon. Carl W. Hoffman |

WHEREAS, plaintiff Acceptance Indemnity Insurance Company ("Acceptance") entered into an auto liability insurance contract with defendant Desert Auto Trader LLC;

WHEREAS, defendants Emmanuel Cespedes, Legal Representative of Estate of Deandre Lyle, Legal Representative of Danny Miramontes, and Legal Representative of Estate of Francisco Miramontes (collectively, the "Accident Defendants") have asserted claims against Desert Auto Trader arising from an accident that occurred on or about September 30, 2017;

WHEREAS, the parties have a dispute regarding the insurance contract's applicable limit regarding the Accident Defendants' claims against Desert Auto Trader;

WHEREAS, some, but not all, of the Accident Defendants previously made a demand for the insurance contract's limit to settle their claims against Desert Auto Trader;

WHEREAS, an interpleader claim would be an appropriate vehicle to allow the Accident Defendants to resolve their respective claims to the insurance contract's limit, if payment of that limit would also resolve the Accident Defendants' claims against Desert Auto Trader;

WHEREAS, the Accident Defendants currently are unwilling to resolve their claims against Desert Auto Trader for the insurance contract's limit, such that the interpleader claim would not allow resolution of all claims resulting from the accident;

WHEREAS, the parties wish to proceed before this Court only on the declaratory relief claim and not the interpleader claim;

WHEREFORE, the parties STIPULATE that Acceptance may file the proposed First Amended Complaint, attached hereto as Exhibit 1, which includes the claim for declaratory relief, but not the claim for interpleader.

/ / /

It is so STIPULATED.

Dated: March 25, 2019                    RICHARD HARRIS LAW FIRM


By: */s/ Mark L. Jackson*
    Mark L. Jackson

RICHARD HARRIS LAW FIRM
801 South Fourth Street
Las Vegas, Nevada 89101
Phone:   (702) 444-4444
Fax:     (702) 444-4455

Attorneys for Defendants EMMANUEL CESPEDES, LEGAL REPRESENTATIVES OF ESTATES OF DEANDRE LYLE, DANNY MIRAMONTES, AND FRANCISCO MIRAMONTES

Dated: March 25, 2019                    RYAN ALEXANDER, CHTD.


By: */s/ Ryan Alexander*
    Ryan Alexander

RYAN ALEXANDER, CHTD.
3017 West Charleston Blvd., Ste. 58
Las Vegas, NV 89102
Phone:   (702) 868-3311
Fax:     (702) 822-1133

Attorney for Defendant and Counterclaimant DESERT AUTO TRADER

Dated: March 25, 2019                    COZEN O'CONNOR


By: */s/ Michael W. Melendez*
    Michael W. Melendez

COZEN O'CONNOR
3753 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
Tel:    702.470.2330
Fax:   702.470.2355

Attorneys for Plaintiff and Counterdefendant ACCEPTANCE INDEMNITY INSURANCE COMPANY

## ORDER

The Court, having considered the Stipulation of the parties hereby Orders that Acceptance may file the proposed First Amended Complaint attached hereto as Exhibit 1.

It is so ORDERED.

Dated:     April 9, 2019

_____
Hon. Carl W. Hoffman
United States District Magistrate Judge

LEGAL\40321913\2

# EXHIBIT 1

Michael W. Melendez
Nevada Bar No. 6741
COZEN O'CONNOR
3753 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
Tel:      702.470.2330
Fax:      702.470.2355
Email:   mmelendez@cozen.com

Attorney for Plaintiff
ACCEPTANCE INDEMNITY INSURANCE
COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ACCEPTANCE INDEMNITY INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> DESERT AUTO TRADER LLC, EMMANUEL CESPEDES, LEGAL REPRESENTATIVE OF ESTATE OF DEANDRE LYLE, LEGAL REPRESENTATIVE OF ESTATE OF DANNY MIRAMONTES, and LEGAL REPRESENTATIVE OF ESTATE OF FRANCISCO MIRAMONTES, <br><br> Defendants | Case No. 2:18-cv-02266-RFB-CWH <br><br> **FIRST AMENDED COMPLAINT** |

Plaintiff Acceptance Indemnity Insurance Company ("Acceptance") alleges as follows:

### JURISDICTION AND VENUE

1.      Acceptance is a corporation organized and existing under the laws of the State of Nebraska. Acceptance's principal place of business is in the State of North Carolina.

2.      Acceptance is informed and believes that defendant Desert Auto Trader LLC ("Desert Auto Trader) is a corporation organized and existing under the laws of the State of Nevada and that Desert Auto Trader's principal place of business is in the State of Nevada.

3. Acceptance is informed and believes the Emmanuel Cespedes is a citizen of the State of Nevada.

4. Acceptance is informed and believes that at the time of his passing, Deandre Lyle was a citizen of the State of Nevada, such that the Legal Representative of the Estate of Deandre Lyle is deemed a citizen of the State of Nevada. 28 U.S.C. § 1332(c)(2).

5. Acceptance is informed and believes that at the time of his passing, Danny Miramontes was a citizen of the State of Nevada, such that the Legal Representative of the Estate of Danny Miramontes is deemed a citizen of the State of Nevada. 28 U.S.C. § 1332(c)(2).

6. Acceptance is informed and believes that at the time of his passing, Francisco Miramontes was a citizen of the State of Nevada, such that the Legal Representative of the Estate of Francisco Miramontes is a citizen of the State of Nevada. 28 U.S.C. § 1332(c)(2). (Emmanuel, Deandre, Danny and Francisco may be referred to herein as the "Accident Defendants.")

7. This Court has subject matter jurisdiction over this civil action pursuant to 28 U.S.C. section 1332 because it involves citizens of different states and the amount in controversy exceeds $75,000.

8. Venue is proper in this District under 28 U.S.C. section 1391 because the defendants are all residents of the State in which the District is located and a substantial part of the events or assertions giving rise to the claim occurred in this District.

## **BACKGROUND**

9. Acceptance issued a commercial auto policy including specified liability coverage for garage operations to Desert Auto Trader (Policy No. CG00135294) for the period October 22, 2016 to October 22, 2017 (the "Policy"). (A certified copy of the Policy, with the premium information redacted, is attached hereto as Exhibit A.) The Policy provides specified liability coverage for "bodily injury" caused by an "accident" and resulting from "garage operations." The Policy contains a $100,000 Each "Accident" limit for liability arising from "garage operations" and a $300,000 aggregate limit for certain "garage operations."

10. On or about September 30, 2017, Joseph Eskandarian, who worked at Desert Auto Trader on a part-time basis, took without permission a Desert Auto Trader car. Eskandarian

allegedly lost control of the car, which went onto the sidewalk, striking Emmanuel, Deandre, Danny and Francisco, injuring Emmanuel and killing the others.

11.    Acceptance acknowledges that if a suit is brought against Desert Auto Trader based on the accident, Acceptance will have an obligation to defend and indemnify Desert Auto Trader. Acceptance also acknowledges that the damages suffered by the Accident Defendants will exceed the applicable limit on the Policy.

12.    Because the Accident Defendants' claims arise out of one accident, the $100,000 Each "Accident" limit applies to defendants' claims.

13.    Defendants, however, contend that the $300,000 aggregate limit applies to their claims.

## FIRST CLAIM FOR RELIEF
### (Declaratory Relief against All Defendants)

14.    Acceptance incorporates each and every allegation of paragraphs 1 through 13, inclusive, as though fully set forth herein.

15.    Acceptance contends that the $100,000 Each "Accident" limit in the Policy applies because all the claims against Desert Auto Trader arose from one accident.

16.    Defendants contend that the $300,000 aggregate limit in the Policy applies.

17.    An actual justiciable and litigable controversy now exists between Acceptance and defendants regarding the limit that applies to claims by defendants against Desert Auto Trader.

18.    Pursuant to the Declaratory Judgment Act, Acceptance seeks a judicial declaration that the $100,000 Each "Accident" limit applies to defendants' claims against Desert Auto Trader.

## PRAYER

WHEREFORE, Acceptance prays for judgment as follows:

1.    That the Court declare that the $100,000 Each "Accident" limit applies to the Accident Defendants' claims against Desert Auto Trader;

2.    That Acceptance be awarded its costs; and

///
///

1    3.    For such other and further relief as the Court deems just and proper.

2    Dated:    March 25, 2019                Respectfully submitted,

3                                           COZEN O'CONNOR

4

5                                           By: _____
6                                               Michael W. Melendez

7                                           COZEN O'CONNOR
                                            3753 Howard Hughes Parkway, Suite 200
8                                           Las Vegas, NV 89169
                                            Tel:      702.470.2330
9                                           Fax:      702.470.2355

10                                          Attorneys for Plaintiff
                                            ACCEPTANCE INDEMNITY INSURANCE
11                                          COMPANY

# EXHIBIT A



**Acceptance Indemnity Insurance Company**
**Acceptance Casualty Insurance Company**
**Occidental Fire & Casualty of North Carolina**
**Wilshire Insurance Company**
**Harco National Insurance Company**

I HEREBY CERTIFY THAT THIS IS A TRUE AND COMPLETE COPY OF

Policy Number: <u>CG00135294</u>

Insured Name: <u>Desert Auto Trader LLC.</u>

Signed: _Jeff Gray_

Title: _AVP - Underwriting_

Company: <u>Acceptance Indemnity Insurance Co.</u>

Date: _6-12-18_

STATE OF: <u>NEBRASKA</u>

COUNTY OF: <u>DOUGLAS</u>

SWORN BEFORE ME THIS _12th_ DAY OF _June 2018_

SIGNED: _Christine L Burton_ Notary Public

My Commission Expires:

_10-5-20_

Printed Name of Notary:

_Christine L. Burton_

State of Nebraska – General Notary
CHRISTINE L BURTON
My Commission Expires
October 5, 2020

1314 Douglas St., Ste 1600, Omaha, NE 68102      PO Box 3328, Omaha, Nebraska 68103      Phone: 402-342-3433  Fax: 402-342-0096

# COMMON POLICY DECLARATIONS

Acceptance Indemnity Insurance Company
P.O. BOX 3328
OMAHA, NE 68103

**Policy Number:** CG00135294                     Renewal of Number: New

Named Insured and Mailing Address
Desert Auto Trader, LLC
3687 Procyon St.
Las Vegas, NV 89103

Agency and Mailing Address          Agency Code: 0111
Statewide Insurance Corp.
PO Box 30527
Phoenix, AZ 85046

Policy Period: From 10/22/2016     to 10/22/2017
         12:01 A.M. Standard Time at your mailing address shown above.

Business Description: Auto Sales                                    Tax State: NV

IN RETURN FOR PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

PREMIUM

Commercial Auto Coverage Part - Garage

Other Charges:
Policy Fee (Fully Earned)          150.00 TOTAL ADVANCE PREMIUM $

TOTAL OTHER CHARGES $

TOTAL $

Form(s) and Endorsement(s) made a part of this policy at time of issue*:
**See SCHEDULE OF FORMS AND ENDORSEMENTS - CO 10 10**

*Omits applicable Forms and Endorsements if shown in specific Coverage Part/Coverage Form Declarations.

Aurora Insurance                          25% Minimum Earned Premium
2350 S Jones Blvd #202
Las Vegas, NV 89146

PROCESSED BY JOAN_F ON 10/18/2016 AT 10:40 AM

Countersigned: Phoenix, AZ

10/10/2016                          Countersigned By Authorized Representative

THESE DECLARATIONS TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART DECLARATIONS, COVERAGE PART COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

CO 00 10 12 07                      QA'ED BY CATHY_HA ON 10/19/2016 AT 8:00 AM

# COMMERCIAL AUTO COVERAGE PART
# GARAGE COVERAGE FORM DECLARATIONS

**POLICY NUMBER:** CG00135294

**ITEM ONE:** Named Insured, Mailing Address and Policy Period are shown in the Common Policy Declarations

Form of Business: ☐ Individual  ☐ Partnership  ☐ Corporation  ☒ Limited Liability Company (LLC)
☐ Other: _____

**ITEM TWO - SCHEDULE OF COVERAGES AND COVERED AUTOS**

This policy provides only those coverages where a charge is shown in the premium column below. Each of these coverages will apply only to those "autos" shown as covered "autos". "Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from the COVERED AUTO Section of the Garage Coverage Form next to the name of the coverage. Entry of a symbol next to LIABILITY provides coverage for "garage operations".

| COVERAGES | COVERED AUTOS (Entry of one or more of the symbols from the COVERED AUTO section of the Garage Coverage Form shows which autos are covered autos.) | LIMIT | | | PREMIUM |
|---|---|---|---|---|---|
| LIABILITY | 22, 29 | Each "Accident" "Garage Operations" | | Aggregate "Garage Operations" | $ |
| | | "Auto" Only | Other Than "Auto" Only | Other Than "Auto" Only | |
| | | $ 100,000 | $ 100,000 | $ 300,000 | |
| PERSONAL INJURY PROTECTION (P.I.P.) * | | Separately stated in each P.I.P. Endorsement, minus $          Deductible | | | $ NOT COVERED |
| ADDED P.I.P.  ** | | Separately stated in each Added P.I.P. Endorsement | | | $ |
| MEDICAL PAYMENTS | | $ | | | $ NOT COVERED |
| UNINSURED MOTORISTS (UM) | 22 | $  See Form CA 21 27 | | | $ |
| UNDERINSURED MOTORISTS (when not included in UM Coverage) | | $ | | | $ NOT COVERED |
| GARAGE KEEPERS — COMPREHENSIVE COVERAGE | | $ | Deductible for Each Covered Auto | | $ NOT COVERED |
| GARAGE KEEPERS — SPECIFIED CAUSES OF LOSS COVERAGE | | $ | | | $ NOT COVERED |
| GARAGE KEEPERS — COLLISION COVERAGE | | $ | | | $ NOT COVERED |
| PHYSICAL DAMAGE — COMPREHENSIVE COVERAGE | 31 | $ 500 | Deductible for Each Covered Auto | | $ Included |
| PHYSICAL DAMAGE — SPECIFIED CAUSES OF LOSS COVERAGE | | $ | | | $ NOT COVERED |
| PHYSICAL DAMAGE — COLLISION COVERAGE | 31 | $ 500 | | | $ |
| CARGO / ON-HOOK / IN-TOW | | $ | Deductible for Each Claim | | $ |
| * (or equivalent No-Fault coverage)  ** (or equivalent added No-Fault coverage) | | | PREMIUM FOR ENDORSEMENTS | | $ |
| | | | ESTIMATED TOTAL PREMIUM | | $ |

Forms and Endorsements applying to this Coverage Part and made part of this policy at time of issue:

**See SCHEDULE OF FORMS AND ENDORSEMENTS - CO 10 10**

**THIS DECLARATIONS MUST BE COMPLETED BY THE ATTACHMENT OF A SUPPLEMENTARY SCHEDULE**

GC 30 00 09 08

# SCHEDULE OF FORMS AND ENDORSEMENTS

Insured Name:  Desert Auto Trader, LLC

Form(s) and Endorsement(s) made a part of this policy at time of issue:

| | | |
|---|---|---|
| CO 00 10 | 12-2007 | Common Policy Declarations |
| CO 10 10 | 12-2007 | Schedule of Forms and Endorsements |
| AA1915 AZ | 02-1994 | UM/UIM Motorist Coverage Selection Form |
| AG 01 35 | 09-2008 | Locked Automobile Warranty |
| AG 01 62 | 09-2008 | Asbestos Exclusion |
| AG 02 65 | 09-2008 | Total Pollution Exclusion |
| AG 02 80 | 09-2008 | Lead Contamination Exclusion |
| AG 11 01 | 09-2008 | Combined Garage Exclusion/Limitation |
| AG 50 02 | 06-2009 | Limitation of Use Endorsement |
| AG 51 01 | 11-2011 | Animal Exclusion |
| AG 51 02 | 09-2008 | Lot Shared Endorsement |
| AG 51 06 | 01-2002 | Key Warranty |
| AG 59 15 | 11-2011 | Contract Driver Exclusion |
| AG 59 18 | 09-2008 | Youthful Driver Limitation |
| AL 14 52 | 11-2007 | Exclusion - Assault and/or Battery |
| CA 00 05 | 10-2001 | Garage Coverage Form |
| CA 03 02 | 12-1993 | Deductible Liab Coverage |
| CA 21 27 | 06-2008 | Nevada Uninsured Motorists Coverage |
| CA 25 10 | 12-1993 | Fire Legal Liability Coverage - Garages |
| CO 00 01 | 09-2008 | Commercial Lines Policy Jacket |
| CO 10 12 | 08-2008 | Service of Suit |
| FM 00 98 | 09-2008 | Punitive Damages Exclusion |
| FM 01 85 | 04-2009 | Additional Interest Endorsement |
| GC 30 00 | 09-2008 | Commercial Auto Coverage Part - Garage Declarations |
| GC 30 01 | 04-2009 | Garage Coverage Form - Auto Dealers Supplementary Schedule |
| GL 08 07 | 08-2002 | Fungus or Spore Exclusion |
| IL 00 03 | 09-2008 | Calculation of Premium |
| IL 00 17 | 11-1998 | Common Policy Conditions |
| IL 00 21 | 09-2008 | Nuclear Energy Liability Exclusion |
| TRIA | 01-2008 | Policyholder Disclosure Notice of Terrorism Insurance Coverage |

# GARAGE COVERAGE FORM - AUTO DEALERS'
# SUPPLEMENTARY SCHEDULE

**POLICY NUMBER:** CG00135294

## ITEM THREE - LOCATIONS WHERE YOU CONDUCT GARAGE OPERATIONS

| Loc. No. | Address - state your main business location as Location No. 1 |
|---|---|
| 1 | 3687 Procyon St. , Las Vegas, NV 89103 |
|  |  |
|  |  |

## ITEM FOUR - LIABILITY COVERAGE - PREMIUMS

| Loc. No. | Classes of Operators | | Rating Factor | Number of Persons | Rating Units | Total Rating Units | Liability Premium | Personal Injury Protection Premium | Property Protection Premium |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Class I - Employees | Regular Operators | 1,710.500 | | 2.000 | 2.000 | | | |
| | | All Others | | | | | | | |
| | Class II - Employees | Under Age 25 | | | | | $ | $ | $ |
| | | Age 25 or over | | | | | | | |
| | Class I - Employees | Regular Operators | | | | | | | |
| | | All Others | | | | | | | |
| | Class II - Employees | Under age 25 | | | | | | | |
| | | Age 25 or over | | | | | | | |
| | | | | | TOTAL PREMIUMS  $ | | | | |

**Definitions:**

**Class I - Employees**

**Regular Operator**  Proprietors, partners and offices active in the "garage operations"; salespersons, general managers, service managers; any employee whose principal duty involves the operation of covered "autos" or who is furnished a covered "auto".

**All Others**  All other employees.

**Class II**

**Non-Employees**  Any of the following persons who are regularly furnished with a covered "auto": Inactive proprietors, partners or officers and their relatives and the relatives of any person described in Class I.

## ITEM FIVE - CONTRACT DRIVER.  $

## ITEM SIX - GARAGEKEEPERS COVERAGE AND PREMIUMS

GARAGEKEEPERS COVERAGE applies on a legal liability basis unless one of the Direct Coverage Options is indicated below by " ☒ ".

Direct Coverage Options:

☐  EXCESS INSURANCE. If this box is checked, GARAGEKEEPERS COVERAGE is changed to apply without regard to your or any other "insured's" legal liability for "loss" to a covered "auto" and is excess over any other collectible insurance regardless of whether the other insurance covers your or any other "insured's" interest or the interest of the covered "auto's" owner.

☒  PRIMARY INSURANCE. If this box is checked, GARAGEKEEPERS COVERAGE is changed to apply without regard to your or any other "insured's" legal liability for "loss" to a covered "auto" and is primary insurance

| Loc. No. | Coverages | Limit of Insurance and Deductible | | Premium Per Location |
|---|---|---|---|---|
| | | Limit of Insurance | Deductible for each covered "auto" | |
| | Comprehensive | $  minus | $ | |
| | Specified Causes of Loss | $  minus | $ | $ |
| | Collision | $  minus | $ | |
| | Comprehensive | $  minus | $ | |
| | Specified Causes of Loss | $  minus | $ | $ |
| | Collision | $  minus | $ | |

## ITEM SEVEN - PHYSICAL DAMAGE COVERAGE - TYPES OF COVERED AUTOS AND INTERESTS IN THESE AUTOS - PREMIUMS - NONREPORTING BASIS

Each of the following PHYSICAL DAMAGE coverages that is indicated in **ITEM TWO** applies only to the types of "autos" and interests indicated below by an " X ".

| Coverages | Type of "Autos" | Interests Covered | | | |
|---|---|---|---|---|---|
| | Used "autos" | Your interest in covered "autos" you own | Your interest only in financed covered "autos" | Your interest and the interest of any creditor named as a loss payee | All interests in any "auto" not owned by you or any creditor while in your possession on consignment for sale |
| Comprehensive | X | | | | |
| Specified Causes of Loss | NOT C | | | | |
| Collision | X | | | | |

# GARAGE COVERAGE FORM - AUTO DEALERS'
# SUPPLEMENTARY SCHEDULE - (Continued)

**POLICY NUMBER:**

**ITEM SEVEN (Continued)**

| Loc. No. | Coverages | Limit of Insurance and Deductible | | Premium Per Location |
|---|---|---|---|---|
| | | Limit of Insurance | Deductible for each covered "auto" | |
| 1 | Comprehensive | $ 30,000 minus | $ 500 | |
| | Specified Causes of Loss | $ minus | $ | |
| | Collision | $ 30,000 minus | $ 500 | |
| | Comprehensive | $ minus | $ | |
| | Specified Causes of Loss | $ minus | $ | |
| | Collision | $ minus | $ | |

TOTAL PREMIUM

Maximum Limit Per Vehicle $                    Premium $

**PREMIUM BASIS REPORTING IS NONREPORTING BASIS** (Stated limit of insurance shown above applies).

Loss Payee - Any loss is payable as interest may appear to you and:

**ITEM EIGHT - MEDICAL PAYMENTS COVERAGE** (Refer to ITEM NINE for Covered Autos Insured on a Specified Car Basis)

| Coverage | Premium |
|---|---|
| Premises and Operations Medical Payments (Does not apply to bodily injury caused by any auto) | $ |
| Premises and Operations and Auto Medical Payments | $ |

**ITEM NINE - SCHEDULE OF COVERED AUTOS WHICH ARE FURNISHED TO SOMEONE OTHER THAN A CLASS I OR CLASS II OPERATOR OR WHICH ARE INSURED ON A SPECIFIED CAR BASIS**

| Covered Auto No. | DESCRIPTION Year of Model; Trade Name; Body Type; Serial Number (S); Vehicle Identification Number (VIN) | GVW |
|---|---|---|
| | | |
| | | |
| | | |

| Covered Auto No. | TERRITORY: Town & State Where the Covered Auto will be principally garaged | Radius of Operation (In Miles) | Physical Damage Limit of Insurance | Loss Payee ('X' if applicable) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

**COVERAGES AND PREMIUMS**

| Covered Auto No. | LIABILITY | P.I.P. | ADDED P.I.P. | UNINSURED MOTORISTS | | AUTO MEDICAL PAYMENTS | SPECIFIED CAUSES OF LOSS | COLLISION | CARGO / ON-HOOK / IN-TOW | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Premium | Premium | Premium | UM Premium | UIM Premium | Premium | Premium | Premium | Amount of Insuranc | Premium |
| | | | | | | | | | | |
| | | | | | | | | | | |
| Total | $ | $ | $ | $ Cont'd | $ | $ | $ | $ | | $ |

**ITEM TEN - LIABILITY PREMIUM FOR PICKUP AND DELIVERY OF AUTOS OVER 300 MILES.** Premium: $

**ITEM ELEVEN - ALL OTHER COVERAGE(S)**

Premium: $

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DEDUCTIBLE LIABILITY COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Endorsement Effective | |
|---|---|
| Named Insured<br>Desert Auto Trader, LLC | Countersigned By |
| | (Authorized Representative) |

## SCHEDULE

| | | |
|---|---|---|
| Liability Deductible: | $ | Per "Accident" |
| "Bodily Injury" Deductible: | $ | Per Person |
| | $ | Per "Accident" |
| "Property Damage" Liability: | $ 250 | Per "Accident" |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

LIABILITY COVERAGE is changed as follows:

**A. LIABILITY COVERAGE DEDUCTIBLE**

The damages caused in any one "accident" that would otherwise be payable under LIABILITY COVERAGE will be reduced by the Liability Deductible shown in the Schedule prior to the application of the LIMIT OF INSURANCE provision.

**B. BODILY INJURY LIABILITY COVERAGE DEDUCTIBLES**

**1. Per Person**

The damages that would otherwise be payable under LIABILITY COVERAGE for "bodily injury" sustained by any one person, in any one "accident," will be reduced by the "Bodily Injury" Per Person Deductible shown in the Schedule prior to the application of the LIMIT OF INSURANCE provision.

**2. Per Accident**

The damages that would otherwise be payable under LIABILITY COVERAGE for all "bodily injury" caused in any one "accident" will be reduced by the "Bodily Injury" Per "Accident" Deductible shown in the Schedule prior to the application of the LIMIT OF INSURANCE provision.

**C. PROPERTY DAMAGE LIABILITY COVERAGE DEDUCTIBLE**

The damages that would otherwise be payable under LIABILITY COVERAGE for "property damage" caused in any one "accident" will be reduced by the "Property Damage" Per "Accident" Deductible shown in the Schedule prior to the application of the LIMIT OF INSURANCE provision.

Copyright, Insurance Services Office, Inc., 1993

### D. OUR RIGHT TO REIMBURSEMENT

To settle any claim or suit we will pay all or any part of any deductible shown in the Schedule. You must reimburse us for the deductible or the part of the deductible we paid.

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# NEVADA UNINSURED MOTORISTS COVERAGE

For a covered "auto" licensed or principally garaged in, or "garage operations" conducted in, Nevada, this endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

---

**Named Insured:** Desert Auto Trader, LLC

**Endorsement Effective Date:** 10/22/2016

---

### SCHEDULE

---

| | |
|---|---|
| **Limit Of Insurance:**   $ 30,000 | Each "Accident" |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

---

### A. Coverage

**ANTI-STACKING PROVISIONS**

Any contrasting type contained in this endorsement is in compliance with the Nevada statutory requirements that anti-stacking provisions be prominently displayed in the policy, binder or endorsement.

1. We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "uninsured motor vehicle". The damages must result from "bodily injury" sustained by the "insured" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "uninsured motor vehicle".

2. With respect to a vehicle as defined in Paragraph **a.** or **b.** of the definition of "uninsured motor vehicle", we will pay damages only in excess of the amount available to an "insured" under any bodily injury liability bonds or policies applicable to the "uninsured motor vehicle".

3. Any judgment for damages arising out of a "suit" brought without our written consent is not binding on us.

### B. Who Is An Insured

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are "insureds":

   a. The Named Insured and any "family members".

   b. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   c. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

2. A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

   a. Anyone "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   b. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

**C. Exclusions**

This insurance does not apply to any of the following:

1. Any claim settled without our consent. However, this exclusion does not apply to a settlement made with the insurer of a vehicle described in Paragraph **b.** of the definition of "uninsured motor vehicle".

2. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.

3. "BODILY INJURY" SUSTAINED BY:

   a. AN INDIVIDUAL NAMED INSURED WHILE "OCCUPYING" OR WHEN STRUCK BY ANY VEHICLE OWNED BY THAT NAMED INSURED THAT IS NOT A COVERED "AUTO" FOR UNINSURED MOTORISTS COVERAGE UNDER THIS COVERAGE FORM;

   b. ANY "FAMILY MEMBER" WHILE "OCCUPYING" OR WHEN STRUCK BY ANY VEHICLE OWNED BY THAT "FAMILY MEMBER" THAT IS NOT A COVERED "AUTO" FOR UNINSURED MOTORISTS COVERAGE UNDER THIS COVERAGE FORM; OR

   c. ANY "FAMILY MEMBER" WHILE "OCCUPYING" OR WHEN STRUCK BY ANY VEHICLE OWNED BY THAT NAMED INSURED THAT IS INSURED FOR UNINSURED MOTORISTS COVERAGE ON A PRIMARY BASIS UNDER ANY OTHER COVERAGE FORM OR POLICY.

   THIS EXCLUSION APPLIES ONLY TO THE EXTENT THAT THE LIMITS OF LIABILITY FOR THIS COVERAGE EXCEED THE LIMITS OF LIABILITY REQUIRED BY THE NEVADA MOTOR VEHICLE SAFETY RESPONSIBILITY ACT.

4. Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

5. Any damages to the extent that they are or were available to be paid to an "insured" under any bodily injury liability bonds or policies applicable to the "uninsured motor vehicle" as defined in Paragraph **a.** or **b.** of the definition of "uninsured motor vehicle".

6. Punitive or exemplary damages.

7. "Bodily injury" arising directly or indirectly out of:

   a. War, including undeclared or civil war;

   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**D. Limit Of Insurance**

1. REGARDLESS OF THE NUMBER OF COVERED "AUTOS", "INSUREDS", PREMIUMS PAID, CLAIMS MADE OR VEHICLES INVOLVED IN THE "ACCIDENT", THE MOST WE WILL PAY FOR ALL DAMAGES RESULTING FROM ANY ONE "ACCIDENT" IS THE LIMIT OF INSURANCE FOR UNINSURED MOTORISTS COVERAGE SHOWN IN THE SCHEDULE OR DECLARATIONS.

2. No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Liability Coverage Form or Medical Payments Coverage Endorsement attached to this Coverage Part.

   We will not make a duplicate payment under this Coverage for any element of "loss" for which payment has been made by or for anyone who is legally responsible.

### E. Changes In Conditions

The Conditions are changed for Uninsured Motorists Coverage as follows:

1. **Other Insurance** in the Business Auto and Garage Coverage Forms and **Other Insurance – Primary And Excess Insurance Provisions** in the Truckers and Motor Carrier Coverage Forms are replaced by the following:

   If there is other applicable insurance available under one or more policies or provisions of coverage:

   a. **THE MAXIMUM RECOVERY UNDER ALL COVERAGE FORMS OR POLICIES COMBINED MAY EQUAL BUT NOT EXCEED THE HIGHEST APPLICABLE LIMIT FOR ANY ONE VEHICLE UNDER ANY COVERAGE FORMS OR POLICY PROVIDING COVERAGE ON EITHER A PRIMARY OR EXCESS BASIS.**

   b. Any insurance we provide with respect to a vehicle the Named Insured does not own shall be excess over any other collectible uninsured motorists insurance providing coverage on a primary basis.

   c. If the coverage under this Coverage Form is provided:

      (1) On a primary basis, we will pay only our share of the loss that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.

      (2) On an excess basis, we will pay only our share of the loss that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

2. **Duties In The Event Of Accident, Claim, Suit Or Loss** is changed by adding the following:

   a. Promptly notify the police if a hit-and-run driver is involved; and

   b. Promptly send us copies of the legal papers if a "suit" is brought.

3. **Transfer Of Rights Of Recovery Against Others To Us** is replaced by the following:

   a. If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after "accident" or "loss" to impair them. However, with respect to an underinsured motor vehicle as defined in Paragraph **b.** of the definition of "uninsured motor vehicle", this Condition does not apply.

   b. If we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid.

4. The following Condition is added:

   **ARBITRATION**

   a. If we and an "insured" disagree whether the "insured" is legally entitled to recover damages from the owner or driver of an "uninsured motor vehicle" or do not agree as to the amount of damages, the "insured" may make a written demand for arbitration. However, disputes concerning coverage under this endorsement may not be arbitrated. In this event, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

   b. Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to arbitration procedure and evidence will apply. A decision of the arbitrators will not be binding on the "insured".

### F. Additional Definitions

As used in this endorsement:

1. "Family member" means a person related to an individual Named Insured by blood, marriage or adoption who is a resident of such Named Insured's household, including a ward or foster child.

2. "Occupying" means in, upon, getting in, on, out or off.

3. "Uninsured motor vehicle" means a land motor vehicle or "trailer":

   a. For which no liability bond or policy at the time of an "accident" provides at least the amounts required by the applicable law where a covered "auto" is principally garaged;

   b. That is an underinsured motor vehicle. An underinsured motor vehicle is a land motor vehicle or "trailer" to which a liability bond or policy applies at the time of the "accident", but the amount paid under that bond or policy to an "insured" is not enough to pay the full amount the "insured" is legally entitled to recover as damages.

   c. For which an insuring or bonding company denies coverage or is or becomes insolvent; or

   d. That is a hit-and-run vehicle and neither the driver nor owner can be identified. The vehicle must hit an "insured", a covered "auto" or a vehicle an "insured" is "occupying".

However, "uninsured motor vehicle" does not include any vehicle:

a. Owned or operated by a self-insurer under any applicable motor vehicle law, except:

   (1) A self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law; or

   (2) A vehicle(s) owned by a governmental unit or agency.

b. Designed for use mainly off public roads while not on public roads.

 © ISO Properties, Inc., 2007 CA 21 27 06 08 □

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## FIRE LEGAL LIABILITY COVERAGE - GARAGES

This endorsement modifies insurance provided under the following:

GARAGE COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Endorsement Effective 10/22/2016 | |
|---|---|
| Named Insured<br>Desert Auto Trader, LLC | Countersigned By |
| | |
| | (Authorized Representative) |

### SCHEDULE

| Description of<br>Premises | Limit of Insurance<br>for Any One Fire | Rate<br>(Per $100 of Limit) | Premium |
|---|---|---|---|
| 3687 Procyon St, Las Vegas, NV 89103 | $ 250,000 | | $ |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

LIABILITY COVERAGE for "garage operations" is changed as follows:

**A.** The insurance applies to "property damage" caused by fire to premises while rented to you or temporarily occupied by you with the permission of the owner.

**B.** Exclusions **3.** through **16.** do not apply to the insurance provided by this endorsement.

**C.** Subject to the Aggregate Limit of Insurance - "Garage Operations" - Other Than Covered "Autos", the most we will pay for all "property damage" resulting from any one fire is the limit shown in the Schedule of the Fire Legal Liability Coverage - Garages Endorsement.

**D.** This insurance is excess over any collectible property insurance (including any deductible portion of that insurance) available to the "insured".

        Copyright, Insurance Services Office, Inc., 1993

# POLICYHOLDER DISCLOSURE
## NOTICE OF TERRORISM
## INSURANCE COVERAGE

You are hereby notified that under the Terrorism Risk Insurance Act, as amended, that you have a right to purchase insurance coverage for losses resulting from acts of terrorism, *as defined in Section 102(1) of the Act*. The term "act of terrorism" means any act that is certified by the Secretary of the Treasury—in concurrence with the Secretary of State, and the Attorney General of the United States—to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of an air carrier or vessel or the premises of a United States mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

YOU SHOULD KNOW THAT WHERE COVERAGE IS PROVIDED BY THIS POLICY FOR LOSSES RESULTING FROM CERTIFIED ACTS OF TERRORISM SUCH LOSSES MAY BE PARTIALLY REIMBURSED BY THE UNITED STATES GOVERNMENT UNDER A FORMULA ESTABLISHED BY FEDERAL LAW. HOWEVER, YOUR POLICY MAY CONTAIN OTHER EXCLUSIONS WHICH MIGHT AFFECT YOUR COVERAGE, SUCH AS AN EXCLUSION FOR NUCLEAR EVENTS. UNDER THIS FORMULA, THE UNITED STATES GOVERNMENT GENERALLY PAYS 85% OF COVERED TERRORISM LOSSES EXCEEDING THE STATUTORILY ESTABLISHED DEDUCTIBLE PAID BY THE INSURANCE COMPANY PROVIDING THE COVERAGE. THE PREMIUM CHARGED FOR THIS COVERAGE IS PROVIDED BELOW AND DOES NOT INCLUDE ANY CHARGES FOR THE PORTION OF LOSS COVERED BY THE FEDERAL GOVERNMENT UNDER THE ACT.

YOU SHOULD ALSO KNOW THAT THE TERRORISM RISK INSURANACE ACT, AS AMENDED, CONTAINS A $100 BILLION CAP THAT LIMITS U.S. GOVERNMENT REIMBURSEMENT AS WELL AS INSURERS' LIABILITY FOR LOSSES RESULTING FROM CERTIFIED ACTS OF TERRORISM WHEN THE AMOUNT OF SUCH LOSSES IN ANY ONE CALENDAR YEAR EXCEEDS $100 BILLION. IF THE AGGREGATE INSURED LOSSES FOR ALL INSURERS EXCEED $100 BILLION, YOUR COVERAGE MAY BE REDUCED.

## Acceptance or Rejection of Terrorism Insurance Coverage

| | |
|---|---|
| | I hereby elect to purchase Terrorism coverage for a prospective premium of $_____ |
| ✓ | I hereby decline to purchase terrorism coverage. I understand that I will have no coverage for losses resulting from acts of terrorism |

_____
Policyholder/Applicant's Signature

_____
Print Name

_10 - 5 - 16_
Date

Acceptance Indemnity Insurance Company
Insurance Company

CA 00 13 5 2 8 4
Policy Number

TRIA 01 08

©2007 National Association of Insurance Commissioners 12/19/2007

APP1467103

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## ADDITIONAL INTEREST ENDORSEMENT

Such insurance as is afforded by the policy for Liability coverages shall also apply with respect to each interest hereinafter named, as an insured, but such inclusion of additional interest or interests shall not operate to increase the limits of the company's liability.

The additional interest(s) shown below is (are) added as additional insured(s) but only for claims arising from the insured's operation.

**ADDITIONAL INTEREST(S)**

Kurt A Flowers
3665 Rocyon Street
Las Vegas, NV 89103

**Additional Premium  $**

All other terms and conditions of this policy remain unchanged.

# UNINSURED AND UNDERINSURED MOTORIST COVERAGE
## SELECTION FORM

### DO NOT SIGN UNTIL YOU READ

You have a legal right to purchase both Uninsured and Underinsured Motorist coverages with the proposed automobile liability policy. **THESE COVERAGES PROTECT YOU, YOUR FAMILY AND YOUR PASSENGERS. LIABILITY COVERAGE DOES NOT IN MOST CASES.**

Uninsured motorist insurance provided protection for bodily injuries caused by a negligent motorist who has no insurance. Underinsured motorist coverage provides protection if the negligent motorist does not have enough liability insurance to pay for the injuries caused. For a more detailed explanation of these coverages, refer to your policy. This policy will provide Uninsured/Underinsured coverage in the same amount as the policy's Bodily Injury Liability Limit, unless you select a lower amount or no coverage, as stated in this notice.

You have a right to purchase both Uninsured Motorist coverage and Underinsured Motorist coverage in any amount from $30,000 single limits (or $15/30,000 split limits) up to your policy's liability limit, or you may reject the coverages entirely. Neither limit may exceed your liability coverage limits for Bodily Injury.

Your Bodily Injury Limit on the policy is:

Options available for Uninsured and Underinsured Motorist coverages:

| Uninsured Motorist Liability | | | | Underinsured Motorist Liability | | | |
|---|---|---|---|---|---|---|---|
| Accept | Reject | Limit | Premium | Accept | Reject | Limit | Premium |
| ☐ | ☐ | 30,000 | _____ | ☐ | ☐ | _____ | _____ |
| ☐ | ☐ | _____ | _____ | ☐ | ☐ | _____ | _____ |
| ☐ I do not wish to purchase Uninsured Motorist Coverage. | | | | ☐ I do not wish to purchase Underinsured Motorist Coverage. | | | |

I understand and agree that selection of any of the above options applies to my liability insurance policy and future renewals or replacements of such policy which are issued at the same Bodily Injury Liability Limits. If I decide to select another option at some future time, I must let the Company or my agent know in writing.

Insured: Desert Auto Trader, LLC          Policy No. CG00135294


Signed: _____          Date: _____
          Named Insured


AA1915 AZ 2/94

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# LOCKED AUTOMOBILE WARRANTY

This endorsement modifies insurance provided under the following:

GARAGE COVERAGE FORM

There is no coverage under this policy for loss by theft from an unattended automobile unless such automobile was locked and there are visible signs of forced entry into such automobile.

All other terms and conditions of the policy remain unchanged.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ASBESTOS EXCLUSION

This endorsement modifies insurance provided under the following:

GARAGE COVERAGE FORM

This policy does not apply to any "bodily injury", "property damage" or "personal injury" arising out of or resulting from Asbestos.

The company shall not have any duty to defend any suit against the "insured" seeking damages on account of any such injury.

All other terms and conditions of the policy remain unchanged.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# TOTAL POLLUTION EXCLUSION

This endorsement modifies insurance provided under the following:

GARAGE COVERAGE FORM

**SECTION II - LIABILITY COVERAGE, B. Exclusions**, item **8. Pollution Exclusion Applicable To "Garage Operations" - Other Than Covered "Autos** and item **9. Pollution Exclusion Applicable To "Garage Operations" - Covered "Autos"** are replaced by the following:

**Pollution Exclusion**

This insurance does not apply to:

**(1)** "Bodily injury" or "property damage" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dumping, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of  "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

All other terms and conditions of the policy remain unchanged.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# LEAD CONTAMINATION EXCLUSION

This insurance does not apply to Bodily Injury, Personal Injury or Property Damage arising out of the ingestion, inhalation or absorption of LEAD in any form.

All other terms and conditions of the policy remain unchanged.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# COMBINED GARAGE EXCLUSION / LIMITATION

1. No coverage is afforded under this policy for:

   a. Repair, sales, service, storage or use of boats or boat trailers;

   b. Repair, sales, service, storage or use of motor homes, travel trailers or recreational vehicles (RVs) including but not limited to off road vehicles, such as all terrain vehicles (ATVs), golf carts, snowmobiles or three wheelers.

   c. Repair, sales, service, storage or use of motorcycles or related type vehicles;

   d. Repossession operations;

   e. Repair, sales, service, storage or use of buses of any kind;

   f. Repair, sales, service, storage or use of any vehicle that is used for any professional or organized racing or demolition contest or stunting activity.

2. The company shall not be liable for loss, damage and/or liability above the minimum financial responsibility limits for vehicles loaned, leased or rented to others, including those dealerships and repair shops who provide a vehicle while a customer's auto is being repaired.

All other terms and conditions of the policy remain unchanged.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LIMITATION OF USE ENDORSEMENT

No coverage is afforded by this policy for pickup or delivery of any auto beyond a <u>300</u> mile radius from the insured's main business location as shown on form **GC 30 01** under **ITEM THREE**.

All other terms and conditions of the policy remain unchanged.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ANIMAL EXCLUSION

This endorsement modifies insurance provided under the following:

GARAGE COVERAGE FORM

There is no coverage provided under this policy for "bodily injury", "property damage", personal injury, or medical payments to any person(s) and/or entity(ies) resulting from the ownership, custody, or control of an animal on the insured premises.

We will have no duty to defend, or to pay the expense for the defense of any person(s) and/or entity(ies) seeking damages to which this insurance does not apply.

All other terms and conditions of the policy remain unchanged.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## LOT SHARED ENDORSEMENT

Losses arising out of the operations of, or areas controlled by, any entity(ies) listed on this endorsement are excluded from coverage under this policy.  The following entity(ies) are not insured under this policy:

All entities other than the named insured

All other terms and conditions of the policy remain unchanged.

This endorsement is EFFECTIVE 10/22/2016        and made part of Policy Number: CG00135294

Issued to: Desert Auto Trader, LLC

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

**KEY WARRANTY**

It is hereby understood and agreed that coverage for Theft shall not apply if the keys are left in any vehicle while in the insured's care, custody, and control and the vehicle is stolen.

All other terms and conditions of this policy remain unchanged.

AG 5106 (01-02)

INSURED

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CONTRACT DRIVER EXCLUSION

This endorsement modifies insurance provided under the following:

GARAGE COVERAGE FORM

**A.**  No coverage is afforded under this policy for any "contract driver".

**B.**  The following is added to the **DEFINITIONS** section:

"Contract driver" means any person which the "insured" hires on a temporary basis for pick-up and delivery of a covered "auto".

All other terms and conditions of the policy remain unchanged.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# YOUTHFUL DRIVER LIMITATION

**SCHEDULE**

Name(s) of Youthful Drivers:

Anyone operating a covered "auto" while under the age of twenty-one (21) is an "insured" but only up to the compulsory or minimum financial responsibility law limits where the covered "auto" is principally garaged.  This limitation does not apply to the person(s) named in the Schedule above.

All other terms and conditions of the policy remain unchanged.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION - ASSAULT AND/OR BATTERY

This Insurance does not apply to:

**A.**  Any claims arising out of Assault and/or Battery; or

**B.**  Any act or omission in connection with the prevention or suppression of such acts, whether caused by or at the instigation or direction of you, your employees or volunteers, patrons or any other persons; or

**C.**  Claims, accusations or charges of negligent hiring, placement, training or supervision arising from any of the foregoing are not covered.

We shall have no obligation to defend you, or any other insured, for any such loss, claim or suit.

# GARAGE COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section VI - Definitions.

## SECTION I - COVERED AUTOS

Item Two of the Declarations shows the "autos" that are covered "autos" for each of your coverages. The following numerical symbols describe the "autos" that may be covered "autos". The symbols entered next to a coverage on the Declarations designate the only "autos" that are covered "autos".

**A. Description Of Covered Auto Designation Symbols**

| Symbol | Description Of Covered Auto Designation Symbols | |
|---|---|---|
| 21 | Any "Auto" | |
| 22 | Owned "Autos" Only | Only those "autos" you own (and for Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" you acquire ownership of after the policy begins. |
| 23 | Owned Private Passenger "Autos" Only | Only the private passenger "autos" you own. This includes those private passenger "autos" you acquire ownership of after the policy begins. |
| 24 | Owned "Autos" Other Than Private Passenger "Autos" Only | Only those "autos" you own that are not of the private passenger type (and for Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" not of the private passenger type you acquire ownership of after the policy begins. |
| 25 | Owned "Autos" Subject To No-Fault | Only those "autos" you own that are required to have No-Fault benefits in the state where they are licensed or principally garaged. This includes those "autos" you acquire ownership of after the policy begins provided they are required to have No-Fault benefits in the state where they are licensed or principally garaged. |
| 26 | Owned "Autos" Subject To A Compulsory Uninsured Motorists Law | Only those "autos" you own that because of the law in the state where they are licensed or principally garaged are required to have and cannot reject Uninsured Motorists Coverage. This includes those "autos" you acquire ownership of after the policy begins provided they are subject to the same state uninsured motorists requirement. |
| 27 | Specifically Described "Autos" | Only those "autos" described in Item Seven of the Non-Dealers' and Trailer Dealers' Supplementary Schedule or Item Nine of the Dealers' Supplementary Schedule for which a premium charge is shown (and for Liability Coverage any "trailers" you don't own while attached to a power unit described in Item Seven or Item Nine). |
| 28 | Hired "Autos" Only | Only those "autos" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent, or borrow from any of your "employees", partners, (if you are a partnership), members (if you are a limited liability company) or members of their households. |
| 29 | Non-Owned "Autos" Used In Your Garage Business | Any "auto" you do not own, lease, hire, rent or borrow used in connection with your garage business described in the Declarations. This includes "autos" owned by your "employees" or partners (if you are a partnership), members (if you are a limited liability company), or members of their households while used in your garage business. |

 © ISO Properties, Inc., 2000

| Symbol | | Description Of Covered Auto Designation Symbols |
|---|---|---|
| 30 | "Autos" Left With You For Service, Repair, Storage Or Safekeeping | Any customer's land motor vehicle or trailer or semitrailer while left with you for service, repair, storage or safekeeping. Customers include your "employees", and members of their households, who pay for the services performed. |
| 31 | Dealers "Autos" And "Autos" Held For Sale By Non-Dealers Or Trailer Dealers (Physical Damage Coverages) | Any "autos" and the interests in these "autos" described in Item Seven of the Dealers' Supplementary Schedule or Item Nine of the Non-Dealers' and Trailer Dealers' Supplementary Schedule. |

**B. Owned Autos You Acquire After The Policy Begins**

1. If Symbols **21, 22, 23, 24, 25,** or **26** are entered next to a coverage in Item Two of the Declarations, then you have coverage for "autos" that you acquire of the type described for the remainder of the policy period.

2. But, if Symbol **27** is entered next to a coverage in Item Two of the Declarations, an "auto" you acquire will be a covered "auto" for that coverage only if:

    a. We already cover all "autos" that you own for that coverage or it replaces an "auto" you previously owned that had that coverage; and

    b. You tell us within 30 days after you acquire it that you want us to cover it for that coverage.

**C. Certain Trailers And Temporary Substitute Autos**

If Liability coverage is provided by this Coverage Form, the following types of vehicles are also covered "autos" for Liability Coverage:

1. "Trailers" with a load capacity of 2,000 pounds or less designed primarily for travel on public roads.

2. Any "auto" you do not own while used with the permission of its owner as a temporary substitute for a covered "auto" you own that is out of service because of its:

    a. Breakdown;

    b. Repair;

    c. Servicing;

    d. "Loss"; or

    e. Destruction.

**SECTION II - LIABILITY COVERAGE**

**A. Coverage**

1. **"Garage Operations" – Other Than Covered "Autos"**

    a. We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies caused by an "accident" and resulting from "garage operations" other than the ownership, maintenance or use of covered "autos".

    We have the right and duty to defend any "insured" against a "suit" asking for these damages. However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the applicable Liability Coverage Limit of Insurance - "Garage Operations" - Other Than Covered "Autos" has been exhausted by payment of judgments or settlements.

    b. This insurance applies to "bodily injury" and "property damage" only if:

    (1) The "accident" occurs in the coverage territory;

    (2) The "bodily injury" or "property damage" occurs during the policy period; and

© ISO Properties, Inc., 2000

**(3)** Prior to the policy period, no "insured" listed under **Who Is An Insured** and no "employee" authorized by you to give or receive notice of an "accident" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed "insured" or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any "insured" listed under **Who Is An Insured** or any "employee" authorized by you to give or receive notice of an "accident" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any "insured" listed under **Who Is An Insured** or any "employee" authorized by you to give or receive notice of an "accident" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**2. "Garage Operations" - Covered "Autos"**

We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, caused by an "accident" and resulting from "garage operations" involving the ownership, maintenance or use of covered "autos".

We will also pay all sums an "insured" legally must pay as a "covered pollution cost or expense" to which this insurance applies, caused by an "accident" and resulting from "garage operations" involving the ownership, maintenance or use of covered "autos". However, we will only pay for the "covered pollution cost or expense" if there is either "bodily injury" or "property damage" to which this insurance applies that is caused by the same "accident".

We have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense". However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the Liability Coverage Limit of Insurance - "Garage Operations" - Covered "Autos" has been exhausted by payment of judgments or settlements.

**3. Who Is An Insured**

**a.** The following are "insureds" for covered "autos":

**(1)** You for any covered "auto".

**(2)** Anyone else while using with your permission a covered "auto" you own, hire or borrow except:

**(a)** The owner or anyone else from whom you hire or borrow a covered "auto". This exception does not apply if the covered "auto" is a "trailer" connected to a covered "auto" you own.

**(b)** Your "employee" if the covered "auto" is owned by that "employee" or a member of his or her household.

**(c)** Someone using a covered "auto" while he or she is working in a business of selling, servicing, repairing, parking or storing "autos" unless that business is your "garage operations".

**(d)** Your customers, if your business is shown in the Declarations as an "auto" dealership. However, if a customer of yours:

**(i)** Has no other available insurance (whether primary, excess or contingent), they are an "insured" but only up to the compulsory or financial responsibility law limits where the covered "auto" is principally garaged.

**(ii)** Has other available insurance (whether primary, excess or contingent) less than the compulsory or financial responsibility law limits where the covered "auto" is principally garaged, they are an "insured" only for the amount by which the compulsory or financial responsibility law limits exceed the limit of their other insurance.

**(e)** A partner (if you are a partnership), or a member (if you are a limited liability company), for a covered "auto" owned by him or her or a member of his or her household.

**(3)** Anyone liable for the conduct of an "insured" described above but only to the extent of that liability.

**b.** The following are "insureds" for "garage operations" other than covered "autos":

**(1)** You.

**(2)** Your partners (if you are a partnership), members (if you are a limited liability company), "employees", directors or shareholders but only while acting within the scope of their duties.

**4. Coverage Extensions**

**a. Supplementary Payments**

In addition to the Limit of Insurance, we will pay for the "insured":

**(1)** All expenses we incur.

**(2)** Up to $2,000 for the cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover. We do not have to furnish these bonds.

**(3)** The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

**(4)** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

**(5)** All costs taxed against the "insured" in any "suit" against the "insured" we defend.

**(6)** All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend; but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

**b. Out-Of-State Coverage Extensions**

While a covered "auto" is away from the state where it is licensed we will:

**(1)** Increase the Limit of Insurance for Liability Coverage to meet the limits specified by a compulsory or financial responsibility law of the jurisdiction where the covered "auto" is being used. This extension does not apply to the limit or limits specified by any law governing motor carriers of passengers or property.

**(2)** Provide the minimum amounts and types of other coverages, such as no-fault, required of out-of-state vehicles by the jurisdiction where the covered "auto" is being used.

We will not pay anyone more than once for the same elements of loss because of these extensions.

**B. Exclusions**

This insurance does not apply to any of the following:

**1. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured". But for "garage operations" other than covered "autos" this exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**2. Contractual**

Liability assumed under any contract or agreement. But this exclusion does not apply to liability for damages:

**a.** Assumed in a contract or agreement that is an "insured contract" provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

**b.** That the "insured" would have in the absence of the contract or agreement.

**3. Workers' Compensation**

Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

4. **Employee Indemnification And Employer's Liability**

"Bodily injury" to:

a. An "employee" of the "insured" arising out of and in the course of:

   (1) Employment by the "insured"; or

   (2) Performing the duties related to the conduct of the "insured"'s business; or

b. The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **a.** above.

c. A person arising out of any:

   (1) Refusal to employ that person;

   (2) Termination of that person's employment; or

   (3) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

d. The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(1), (2)** or **(3)** above are directed.

This exclusion applies:

   (1) Whether the "insured" may be liable as an employer or in any other capacity; and

   (2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

But this exclusion does not apply to "bodily injury" to domestic "employees" not entitled to workers' compensation benefits or to liability assumed by the "insured" under an "insured contract". For the purposes of the Coverage Form, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

5. **Fellow Employee**

"Bodily injury" to any fellow "employee" of the "insured" arising out of and in the course of the fellow "employee's" employment or while performing duties related to the conduct of your business.

6. **Care, Custody Or Control**

"Property damage" to or "covered pollution cost or expense" involving:

a. Property owned, rented or occupied by the "insured";

b. Property loaned to the "insured";

c. Property held for sale or being transported by the "insured"; or

d. Property in the "insured's" care, custody or control.

But this exclusion does not apply to liability assumed under a sidetrack agreement.

7. **Leased Autos**

Any covered "auto" while leased or rented to others. But this exclusion does not apply to a covered "auto" you rent to one of your customers while their "auto" is left with you for service or repair.

8. **Pollution Exclusion Applicable To "Garage Operations" --- Other Than Covered "Autos"**

a. "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

   (1) At or from any premises, site or location that is or was at any time owned or occupied by, or rented or loaned to, any "insured";

   (2) At or from any premises, site or location that is or was at any time used by or for any "insured" or others for the handling, storage, disposal, processing or treatment of waste;

   (3) At or from any premises, site or location on which any "insured" or any contractors or subcontractors working directly or indirectly on any "insured's" behalf are performing operations:

      (a) To test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of the "pollutants"; or

      (b) If the "pollutants" are brought on or to the premises, site or location in connection with such operations by such "insured", contractor or subcontractor; or

   (4) That are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any "insured" or any person or organization for whom you may be legally responsible.

Paragraphs **a.(1)** and **a.(3)(b)** do not apply to "bodily injury" or "property damage" arising out of heat, smoke or fumes from a hostile fire. A hostile fire means one that becomes uncontrollable, or breaks out from where it was intended to be.

Paragraph **a.(1)** does not apply to "bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot from equipment used to heat that building.

Paragraph **a.(3)(b)** does not apply to "bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from material brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor.

**b.** Any loss, cost or expense arising out of any:

   **(1)** Request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants";

   **(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to or assessing the effects of "pollutants".

   However, this paragraph does not apply to liability for damages because of "property damage" that the "insured" would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**9. Pollution Exclusion Applicable To "Garage Operations" --- Covered "Autos"**

"Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

   **(1)** Being transported or towed by, handled, or handled for movement into, onto or from, the covered "auto";

   **(2)** Otherwise in the course of transit by or on behalf of the "insured"; or

   **(3)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if the "pollutants" escape, seep, migrate, or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants".

Paragraphs **b.** and **c.** above of this exclusion do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

   **(1)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

   **(2)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**10. Racing**

Covered "autos" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply while that covered "auto" is being prepared for such a contest or activity.

**11. Watercraft Or Aircraft**

Any watercraft or aircraft except watercraft while ashore on premises where you conduct "garage operations".

**12. Defective Products**

"Property damage" to any of your "products", if caused by a defect existing in your "products" or any part of your "products", at the time it was transferred to another.

⊕ ISO Properties, Inc., 2000  CA 00 05 10 01  ☐

### 13. Work You Performed

"Property damage" to "work you performed" if the "property damage" results from any part of the work itself or from the parts, materials or equipment used in connection with the work.

### 14. Loss Of Use

Loss of use of other property not physically damaged if caused by:

a. A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

b. A defect, deficiency, inadequacy or dangerous condition in your "products" or "work you performed". But this exclusion, **14.b.,** does not apply if the loss of use was caused by sudden and accidental damage to or destruction of your "products" or "work you performed" after they have been put to their intended use.

### 15. Products Recall

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of your "products" or "work you performed" or other property of which they form a part, if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

### 16. War

"Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

### 17. Liquor Liability

"Bodily injury" or "property damage" for which an "insured" may be held liable by reason of:

a. Causing or contributing to the intoxication of any person;

b. The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

c. Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you use the premises in part for the following purposes:

(1) Serving or furnishing alcoholic beverages for a charge whether or not such activity:

(a) Requires a license; or

(b) Is for the purpose of financial gain or livelihood; or

(2) Serving or furnishing alcoholic beverages without a charge, if a license is required for such activity.

## C. Limit Of Insurance

### 1. Aggregate Limit Of Insurance - "Garage Operations" --- Other Than Covered "Autos"

For "garage operations" other than the ownership, maintenance or use of covered "autos", the following applies:

Regardless of the number of "insureds", claims made or "suits" brought or persons or organizations making claims or bringing "suits", the most we will pay for the sum of all damages involving "garage operations" other than "auto" is the Aggregate Limit of Insurance - "Garage Operations" - Other Than Covered "Autos" for Liability Coverage shown in the Declarations.

Damages payable under the Aggregate Limit of Insurance - "Garage Operations" - Other Than Covered "Autos" consist of damages resulting from "garage operations", other than the ownership, maintenance or use of the "autos" indicated in Section I of this Coverage Form as covered "autos", including the following coverages, if provided by endorsement:

a. "Personal injury" liability coverage;

b. "Personal and advertising injury" liability coverage;

c. Host liquor liability coverage;

d. Fire legal liability coverage;

e. Incidental medical malpractice liability coverage;

f. Non-owned watercraft coverage;

g. Broad form products coverage.

Damages payable under the Each "Accident" Limit of Insurance - "Garage Operations" - Other Than Covered "Autos" are not payable under the Each "Accident" Limit of Insurance - "Garage Operations" - Covered "Autos".

Subject to the above, the most we will pay for all damages resulting from all "bodily injury" and "property damage" resulting from any one "accident" is the Each "Accident" Limit of Insurance - "Garage Operations" - Other Than Covered "Autos" for Liability Coverage shown in the Declarations.

All "bodily injury" and "property damage" resulting from continuous or repeated exposure to substantially the same conditions will be considered as resulting from one "accident".

The Aggregate Limit of Insurance - "Garage Operations" Other Than Covered "Autos" applies separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Aggregate Limit of Insurance - "Garage Operations" - Other Than Covered "Autos".

2. **Limit Of Insurance - "Garage Operations" - Covered "Autos"**

   For "accidents" resulting from "garage operations" involving the ownership, maintenance or use of covered "autos", the following applies:

   Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for the total of all damages and "covered pollution cost or expense" combined, resulting from any one "accident" involving a covered "auto" is the Each "Accident" Limit of Insurance - "Garage Operations" - Covered "Autos" for Liability Coverage shown in the Declarations.

   Damages and "covered pollution cost or expense" payable under the Each "Accident" Limit of Insurance - "Garage Operations" - Covered "Autos" are not payable under the Each "Accident" Limit of Insurance - "Garage Operations" - Other Than Covered "Autos".

   All "bodily injury", "property damage" and "covered pollution cost or expense" resulting from continuous or repeated exposure to substantially the same conditions will be considered as resulting from one "accident".

   No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Medical Payments Coverage endorsement, Uninsured Motorists Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this Coverage Part.

D. **Deductible**

   We will deduct $100 from the damages in any "accident" resulting from "property damage" to an "auto" as a result of "work you performed" on that "auto".

## SECTION III — GARAGEKEEPERS COVERAGE

A. **Coverage**

1. We will pay all sums the "insured" legally must pay as damages for "loss" to a "customer's auto" or "customer's auto" equipment left in the "insured's" care while the "insured" is attending, servicing, repairing, parking or storing it in your "garage operations" under:

   a. **Comprehensive Coverage**

      From any cause except:

      (1) The "customer's auto's" collision with another object; or

      (2) The "customer's auto's" overturn.

   b. **Specified Causes Of Loss Coverage**

      Caused by:

      (1) Fire, lightning or explosion;

      (2) Theft; or

      (3) Mischief or vandalism.

   c. **Collision Coverage**

      Caused by:

      (1) The "customer's auto's" collision with another object; or

      (2) The "customer's auto's" overturn.

2. We have the right and duty to defend any "insured" against a "suit" asking for these damages. However, we have no duty to defend any "insured" against a "suit" seeking damages for any loss to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends for a coverage when the Limit of Insurance for that coverage has been exhausted by payment of judgments or settlements.

3. **Who Is An Insured**

   The following are "insureds" for "loss" to "customer's autos" and "customer's auto" equipment:

   a. You.

   b. Your partners (if you are a partnership), members (if you are a limited liability company), "employees", directors or shareholders while acting within the scope of their duties as such.

4. **Coverage Extensions**

   The following applies as Supplementary Payments. In addition to the Limit of Insurance, we will pay for the "insured":

   a. All expenses we incur.

© ISO Properties, Inc., 2000

**b.** The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

**c.** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

**d.** All costs taxed against the "insured" in any "suit" against the "insured" we defend.

**e.** All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend; but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

**B. Exclusions**

1. This insurance does not apply to any of the following:

   **a. Contractual Obligations**

   Liability resulting from any agreement by which the "insured" accepts responsibility for "loss".

   **b. Theft**

   "Loss" due to theft or conversion caused in any way by you, your "employees" or by your shareholders.

   **c. Defective Parts**

   Defective parts or materials.

   **d. Faulty Work**

   Faulty "work you performed".

2. We will not pay for "loss" to any of the following:

   **a.** Tape decks or other sound reproducing equipment unless permanently installed in a "customer's auto".

   **b.** Tapes, records or other sound reproducing devices designed for use with sound reproducing equipment.

   **c.** Sound receiving equipment designed for use as a citizens' band radio, two-way mobile radio or telephone or scanning monitor receiver, including its antennas and other accessories, unless permanently installed in the dash or console opening normally used by the "customer's auto" manufacturer for the installation of a radio.

   **d.** Any device designed or used to detect speed measuring equipment such as radar or laser detectors and any jamming apparatus intended to elude or disrupt speed measuring equipment.

**C. Limit Of Insurance And Deductible**

1. Regardless of the number of "customer's autos", "insureds", premiums paid, claims made or "suits" brought, the most we will pay for each "loss" at each location is the Garagekeepers Coverage Limit of Insurance shown in the Declarations for that location minus the applicable deductibles for "loss" caused by collision; and

   **a.** Theft or mischief or vandalism; or

   **b.** All perils.

2. The maximum deductible stated in the Declarations for Garagekeepers Coverage Comprehensive or Specified Causes of Loss Coverage is the most that will be deducted for all "loss" in any one event caused by:

   **a.** Theft or mischief or vandalism; or

   **b.** All perils.

3. Sometimes to settle a claim or "suit", we may pay all or any part of the deductible. If this happens you must reimburse us for the deductible or that portion of the deductible that we paid.

**SECTION IV - PHYSICAL DAMAGE COVERAGE**

**A. Coverage**

1. We will pay for "loss" to a covered "auto" or its equipment under:

   **a. Comprehensive Coverage**

   From any cause except:

   **(1)** The covered "auto's" collision with another object; or

   **(2)** The covered "auto's" overturn.

   **b. Specified Causes Of Loss Coverage**

   Caused by:

   **(1)** Fire, lightning or explosion;

   **(2)** Theft;

   **(3)** Windstorm, hail or earthquake;

   **(4)** Flood;

   **(5)** Mischief or vandalism; or

   **(6)** The sinking, burning, collision or derailment of any conveyance transporting the covered "auto".

   **c. Collision Coverage**

   Caused by:

   **(1)** The covered "auto's" collision with another object; or

   **(2)** The covered "auto's" overturn.

**2. Towing --- Non-Dealers Only**

If your business is shown in the Declarations as something other than an "auto" dealership, we will pay up to the limit shown in the Declarations for towing and labor costs incurred each time a covered "auto" of the private passenger type is disabled. However, the labor must be performed at the place of disablement.

**3. Glass Breakage - Hitting A Bird Or Animal - Falling Objects Or Missiles**

If you carry Comprehensive Coverage for the damaged covered "auto", we will pay for the following under Comprehensive Coverage:

**a.** Glass breakage;

**b.** "Loss" caused by hitting a bird or animal; and

**c.** "Loss" caused by falling objects or missiles.

However, you have the option of having glass breakage caused by a covered "auto's" collision or overturn considered a "loss" under Collision Coverage.

**4. Coverage Extension**

**a. Transportation Expenses**

If your business is shown in the Declarations as something other than an "auto" dealership, we will pay up to $20 per day to a maximum of $600 for temporary transportation expense incurred by you because of the total theft of a covered "auto" of the private passenger type. We will pay only for those covered "autos" for which you carry either Comprehensive or Specified Causes of Loss Coverage. We will pay for temporary transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the policy's expiration, when the covered "auto" is returned to use or we pay for its "loss".

**b. Loss Of Use Expenses**

For Hired Auto Physical Damage, we will pay expenses for which an "insured" becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver, under a written rental contract or agreement. We will pay for loss of use expenses if caused by:

**(1)** Other than collision only if the Declarations indicate that Comprehensive Coverage is provided for any covered "auto";

**(2)** Specified Causes Of Loss only if the Declarations indicate that Specified Causes Of Loss Coverage is provided for any covered "auto"; or

**(3)** Collision only if the Declarations indicate that Collision Coverage is provided for any covered "auto".

However, the most we will pay for any expenses for loss of use is $20 per day, to a maximum of $600.

**B. Exclusions**

**1.** We will not pay for "loss" caused by or resulting from any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

**a. Nuclear Hazard**

**(1)** The explosion of any weapon employing atomic fission or fusion; or

**(2)** Nuclear reaction or radiation, or radioactive contamination, however caused.

**b. War Or Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**2.** We will not pay for "loss" to any of the following:

**a.** Any covered "auto" leased or rented to others unless rented to one of your customers while their "auto" is left with you for service or repair.

**b.** Any covered "auto" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. We will also not pay for "loss" to any covered "auto" while that covered "auto" is being prepared for such contest or activity.

**c.** Tapes, records, discs or other similar audio, visual or data electronic devices designed for use with audio, visual or data electronic equipment.

**d.** Any device designed or used to detect speed measuring equipment such as radar or laser detectors and any jamming apparatus intended to elude or disrupt speed measurement equipment.

© ISO Properties, Inc., 2000

e. Any electronic equipment, without regard to whether this equipment is permanently installed, that receives or transmits audio, visual or data signals and that is not designed solely for the reproduction of sound.

f. Any accessories used with the electronic equipment described in Paragraph e. above.

Exclusions 2.e. and 2.f. do not apply to:

a. Equipment designed solely for the reproduction of sound and accessories used with such equipment, provided such equipment is permanently installed in the covered "auto" at the time of the "loss" or such equipment is removable from a housing unit which is permanently installed in the covered "auto" at the time of the "loss", and such equipment is designed to be solely operated by use of the power from the "auto's's" electrical system, in or upon the covered "auto"; or

b. Any other electronic equipment that is:

(1) Necessary for the normal operation of the covered "auto" or the monitoring of the covered "auto's" operating system; or

(2) An integral part of the same unit housing any sound reproducing equipment described in a. above and permanently installed in the opening of the dash or console of the covered "auto" normally used by the manufacturer for installation of a radio.

**3. False Pretense**

We will not pay for "loss" to a covered "auto" caused by or resulting from:

a. Someone causing you to voluntarily part with it by trick or scheme or under false pretenses; or

b. Your acquiring an "auto" from a seller who did not have legal title.

**4.** If your business is shown in the Declarations as an "auto" dealership, we will not pay for:

a. Your expected profit, including loss of market value or resale value.

b. "Loss" to any covered "auto" displayed or stored at any location not shown in Item Three of the Declarations if the "loss" occurs more than 45 days after your use of the location begins.

c. Under the Collision Coverage, "loss" to any covered "auto" while being driven or transported from the point of purchase or distribution to its destination if such points are more than 50 road miles apart.

d. Under the Specified Causes of Loss Coverage, "loss" to any covered "auto" caused by or resulting from the collision or upset of any vehicle transporting it.

**5.** We will not pay for "loss" to a covered "auto" due to "diminution in value".

**6. Other Exclusions**

We will not pay for "loss" caused by or resulting from any of the following unless caused by other "loss" that is covered by this insurance:

a. Wear and tear, freezing, mechanical or electrical breakdown;

b. Blowouts, punctures or other road damage to tires.

**C. Limits Of Insurance**

**1.** The most we will pay for "loss" to any one covered "auto" is the lesser of:

a. The actual cash value of the damaged or stolen property as of the time of "loss"; or

b. The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

**2.** An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".

**3.** If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

**4.** For those businesses shown in the Declarations as "auto" dealerships, the following provisions also apply:

a. Regardless of the number of covered "autos" involved in the "loss", the most we will pay for all "loss" at any one location is the amount shown in the Auto Dealers Supplementary Schedule for that location. Regardless of the number of covered "autos" involved in the "loss", the most we will pay for all "loss" in transit is the amount shown in the Auto Dealers Supplementary Schedule for "loss" in transit.

b. **Quarterly Or Monthly Reporting Premium Basis**

If, on the date of your last report, the actual value of the covered "autos" at the "loss" location exceeds what you last reported, when a "loss" occurs we will pay only a percentage of what we would otherwise be obligated to pay. We will determine this percentage by dividing your total reported value for the involved location by the value you actually had on the date of your last report.

If the first report due is delinquent on the date of "loss", the most we will pay will not exceed 75 percent of the Limit of Insurance shown in the Auto Dealers Supplementary Schedule for the applicable location.

**c. Non-Reporting Premium Basis**

If, when "loss" occurs, the total value of your covered "autos" exceeds the Limit of Insurance shown in the Declarations, we will pay only a percentage of what we would otherwise be obligated to pay. We will determine this percentage by dividing the limit by the total values you actually had when "loss" occurred.

**D. Deductible**

For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations provided that:

**1. "Auto" Dealers Only Special Deductible Provisions**

If your business is shown in the Declarations as an "auto" dealership:

**a.** The Comprehensive or Specified Causes of Loss Coverage deductible applies only to "loss" caused by:

**(1)** Theft or mischief or vandalism; or

**(2)** All perils.

**b.** Regardless of the number of covered "autos" damaged or stolen, the per "loss" deductible for Comprehensive or Specified Causes of Loss Coverage shown in the Declarations is the maximum deductible applicable for all "loss" in any one event caused by:

**(1)** Theft or mischief or vandalism; or

**(2)** All perils.

**2. Non-Dealers Only Special Deductible Provisions**

If your business is shown in the Declarations as something other than an "auto" dealership, the Comprehensive Coverage deductible does not apply to "loss" caused by fire or lightning.

## SECTION V - GARAGE CONDITIONS

The following conditions apply in addition to the Common Policy Conditions:

**A. Loss Conditions**

**1. Appraisal For Physical Damage Loss**

If you and we disagree on the amount of "loss", either may demand an appraisal of the "loss". In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire.

The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we will still retain our right to deny the claim.

**2. Duties In The Event Of Accident, Claim, Suit Or Loss**

We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

**a.** In the event of "accident", claim, "suit" or "loss", you must give us or our authorized representative prompt notice of the accident or "loss". Include:

**(1)** How, when and where the "accident" or "loss" occurred;

**(2)** The "insured's" name and address; and

**(3)** To the extent possible, the names and addresses of any injured persons and witnesses.

**b.** Additionally, you and any other involved "insured" must:

**(1)** Assume no obligation, make no payment or incur no expense without our consent, except at the "insured's" own cost.

**(2)** Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or "suit".

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit".

**(4)** Authorize us to obtain medical records or other pertinent information.

**(5)** Submit to examination at our expense, by physicians of our choice, as often as we reasonably require.

**c.** If there is "loss" to a covered "auto" or its equipment you must also do the following:

**(1)** Promptly notify the police if the covered "auto" or any of its equipment is stolen.

**(2)** Take all reasonable steps to protect the covered "auto" from further damage. Also keep a record of your expenses for consideration in the settlement of the claim.

© ISO Properties, Inc., 2000

- **(3)** Permit us to inspect the covered "auto" and records proving the "loss" before its repair or disposition.
- **(4)** Agree to examinations under oath at our request and give us a signed statement of your answers.

**3. Legal Action Against Us**

No one may bring a legal action against us under this Coverage Form until:

- **a.** There has been full compliance with all the terms of this Coverage Form; and
- **b.** Under Liability Coverage, we agree in writing that the "insured" has an obligation to pay or until the amount of that obligation has finally been determined by judgment after trial. No one has the right under this policy to bring us into an action to determine the "insured's" liability.

**4. Loss Payment - Physical Damage Coverages**

At our option we may:

- **a.** Pay for, repair or replace damaged or stolen property;
- **b.** Return the stolen property, at our expense. We will pay for any damage that results to the "auto" from the theft; or
- **c.** Take all or any part of the damaged or stolen property at an agreed or appraised value.

If we pay for the "loss", our payment will include the applicable sales tax for the damaged or stolen property.

**5. Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after "accident" or "loss" to impair them.

**B. General Conditions**

**1. Bankruptcy**

Bankruptcy or insolvency of the "insured" or the "insured's" estate will not relieve us of any obligations under this Coverage Form.

**2. Concealment, Misrepresentation Or Fraud**

This Coverage Form is void in any case of fraud by you at any time as it relates to this Coverage Form. It is also void if you or any other "insured", at any time, intentionally conceal or misrepresent a material fact concerning:

- **a.** This Coverage Form;
- **b.** The covered "auto";
- **c.** Your interest in the covered "auto"; or
- **d.** A claim under this Coverage Form.

**3. Liberalization**

If we revise this Coverage Form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

**4. No Benefit To Bailee - Physical Damage Coverages**

We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this Coverage Form.

**5. Other Insurance**

- **a.** For any covered "auto" you own, this Coverage Form provides primary insurance. For any covered "auto" you don't own, the insurance provided by this Coverage Form is excess over any other collectible insurance. However, while a covered "auto" which is a "trailer" is connected to another vehicle, the Liability Coverage this Coverage Form provides for the "trailer" is:
  - **(1)** Excess while it is connected to a motor vehicle you do not own.
  - **(2)** Primary while it is connected to a covered "auto" you own.
- **b.** For Hired Auto Physical Damage Coverage, any covered "auto" you lease, hire, rent or borrow is deemed to be a covered "auto" you own. However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".
- **c.** Regardless of the provisions of Paragraph **a.** above, this Coverage Form's Liability coverage is primary for any liability assumed under an "insured contract".
- **d.** When this Coverage Form and any other Coverage Form or policy covers on the same basis, either excess or primary, we will pay only our share. Our share is the proportion that the Limit of Insurance of our Coverage Form bears to the total of the limits of all the Coverage Forms and policies covering on the same basis.

### 6. Premium Audit

**a.** The estimated premium for this Coverage Form is based on the exposures you told us you would have when this policy began. We will compute the final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium due and the first Named Insured will be billed for the balance, if any. The due date for the final premium or retrospective premium is the date shown as the due date on the bill. If the estimated total premium exceeds the final premium due, the first Named Insured will get a refund.

**b.** If this policy is issued for more than one year, the premium for this Coverage Form will be computed annually based on our rates or premiums in effect at the beginning of each year of the policy.

### 7. Policy Period, Coverage Territory

Under this Coverage Form, we cover:

**a.** "Bodily injury", "property damage" and "losses" occurring; and

**b.** "Covered pollution cost or expense" arising out of "accidents" occurring

during the policy period shown in the Declarations and within the coverage territory.

The coverage territory is:

**a.** The United States of America;

**b.** The territories and possessions of the United States of America;

**c.** Puerto Rico;

**d.** Canada; and

**e.** Anywhere in the world if:

**(1)** A covered "auto" of the private passenger type is leased, hired, rented or borrowed without a driver for a period of 30 days or less; and

**(2)** The "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, the territories and possessions of the United States of America, Puerto Rico, or Canada or in a settlement we agree to.

We also cover "bodily injury", "property damage", "covered pollution cost or expense" and "losses" while a covered "auto" is being transported between any of these places.

The coverage territory is extended to anywhere in the world if the "bodily injury" or "property damage" is caused by one of your "products" which is sold for use in the United States of America, its territories or possessions, Puerto Rico or Canada. The original "suit" for damages resulting from such "bodily injury" or "property damage" must be brought in one of these places.

### 8. Two Or More Coverage Forms Or Policies Issued By Us

If this Coverage Form and any other Coverage Form or policy issued to you by us or any company affiliated with us apply to the same "accident", the aggregate maximum Limit of Insurance under all the Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under any one Coverage Form or policy. This condition does not apply to any Coverage Form or policy issued by us or an affiliated company specifically to apply as excess insurance over this Coverage Form.

## SECTION VI — DEFINITIONS

**A.** "Accident" includes continuous or repeated exposure to the same conditions resulting in "bodily injury" or "property damage".

**B.** "Auto" means a land motor vehicle, "trailer" or semitrailer.

**C.** "Bodily injury" means bodily injury, sickness or disease sustained by a person including death resulting from any of these.

**D.** "Covered pollution cost or expense" means any cost or expense arising out of:

**1.** Any request, demand, order or statutory or regulatory requirement; or

**2.** Any claim or "suit" by or on behalf of a governmental authority demanding

that the "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

**(1)** Being transported or towed by, handled, or handled for movement into, onto or from the covered "auto";

**(2)** Otherwise in the course of transit by or on behalf of the "insured";

 © ISO Properties, Inc., 2000

**(3)** Being stored, disposed of, treated or processed in or upon the covered "auto"; or

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if the "pollutants" escape, seep, migrate, or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants".

Paragraphs **b.** and **c.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(1)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(2)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**E.** "Customer's auto" means a customer's land motor vehicle, "trailer" or semitrailer. It also includes any "customer's auto" while left with you for service, repair, storage or safekeeping. Customers include your "employees", and members of their households who pay for services performed.

**F.** "Diminution in value" means the actual or perceived loss in market value or resale value which results from a direct and accidental "loss".

**G.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**H.** "Garage operations" means the ownership, maintenance or use of locations for garage business and that portion of the roads or other accesses that adjoin these locations. "Garage operations" includes the ownership, maintenance or use of the "autos" indicated in Section I of this Coverage Form as covered "autos". "Garage operations" also include all operations necessary or incidental to a garage business.

**I.** "Insured" means any person or organization qualifying as an insured in the Who Is an Insured provision of the applicable coverage. Except with respect to the Limit of Insurance, the coverage afforded applies separately to each insured who is seeking coverage or against whom a claim or "suit" is brought.

**J.** "Insured contract" means:

**1.** A lease of premises;

**2.** A sidetrack agreement;

**3.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**4.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**5.** That part of any other contract or agreement pertaining to your garage business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay for "bodily injury" or "property damage" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement;

**6.** An elevator maintenance agreement;

**7.** That part of any contract or agreement entered into, as part of your garage business, pertaining to the rental or lease, by you or any of your "employees", of any "auto". However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay "property damage" to any "auto" rented or leased by you or any of your "employees".

An "insured contract" does not include that part of any contract or agreement:

**1.** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**a.** Preparing, approving or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications; or

**b.** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage.

**2.** That indemnifies any person or organization for damage by fire to premises rented or loaned to you.

**3.** That pertains to the loan, lease or rental of an "auto", to you or any of your "employees" if the "auto" is loaned, leased or rented with a driver.

4. That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a covered "auto" over a route or territory that person or organization is authorized to serve by public authority.

5. That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing.

K. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

L. "Loss" means direct and accidental loss or damage. But for Garagekeepers Coverage only, "loss" also includes any resulting loss of use.

M. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

N. "Products" includes:

a. The goods or products you made or sold in a garage business; and

b. The providing of or failure to provide warnings or instructions.

O. "Property damage" means damage to or loss of use of tangible property.

P. "Suit" means a civil proceeding in which:

1. Damages because of "bodily injury" or "property damage"; or

2. A "covered pollution cost or expense",

to which this insurance applies, are claimed.

"Suit" includes:

a. An arbitration proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" must submit or does submit with our consent; or

b. Any other alternative dispute resolution proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the insured submits with our consent.

Q. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

R. "Trailer" includes semitrailer.

S. "Work you performed" includes:

a. Work that someone performed on your behalf; and

b. The providing of or failure to provide warnings or instructions.

© ISO Properties, Inc., 2000

# COMMERCIAL LINES POLICY

**Acceptance Indemnity Insurance Company**
**P.O. BOX 3328**
**OMAHA, NE 68103**

**THESE POLICY PROVISIONS WITH THE DECLARATIONS PAGE, COVERAGE FORM AND ENDORSEMENTS, IF ANY, COMPLETE THIS POLICY.**

In Witness Whereof,   has caused this policy to be executed and attested, and, if required by state law, this policy shall not be valid unless countersigned by our authorized representative.

**Secretary**

**President**

# SERVICE OF SUIT

In the event the Company fails to pay any amount claimed to be due, the Company, at the insured's request, will submit to a court of competent jurisdiction within the United States and will comply with all requirements necessary to give such court jurisdiction. All matters arising hereunder shall be determined in accordance with the law and practice of such court.

Further, pursuant to any statute of any state, territory or district of the United States which makes provision therefore, the Company designates the Superintendent, Commissioner or Director of Insurance, or other officer specified for that purpose in the Statute, or his successor or successors in office, as our true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted by or on behalf of the insured or any beneficiary hereunder arising out of this contract of insurance, and hereby designated the above named as the person to whom the said officer is authorized to mail such process or a true copy thereof.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PUNITIVE DAMAGES EXCLUSION

This policy excludes any claim for punitive or exemplary damages whether arising out of acts of the insureds, insured's employees or any other person.

All other terms and conditions of the policy remain unchanged.

THIS ENDORSEMENT CHANGES THE CERTIFICATE.
PLEASE READ IT CAREFULLY.

## FUNGUS OR SPORE EXCLUSION

This endorsement modifies insurance provided under the policy.

This insurance does not apply to:

**(1)** "Bodily injury," "property damage" or "personal and advertising injury" caused directly or indirectly, in whole or in part, by:

    **a.** Any "fungus" or "spore," including "fungi" or "spores"; or

    **b.** Any substance, vapor or gas produced by or arising out of any "fungus," "fungi," "spore," or "spores"; or

    **c.** Any material, product, building component, building or structure that contains, harbors, nurtures or acts as a medium for any "fungus," "fungi," "spore" or "spores"; or

    **d.** Actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "fungus" or "spore," including "fungi" or "spores."

Such damage or injury is excluded regardless of any other cause, event, material, product and/or building component that contributed concurrently or in any sequence to that injury or damage.

**(2)** Any loss, cost or expense arising out of any:

    **a.** Request, demand, order to statutory or regulatory requirement that any Insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess "fungus," "fungi," "spore," or "spores" or the effects of same (including, but not limited to, any form or type of mold, mildew, mushroom, toadstool, smut, or rust).

    **b.** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing "fungus," "fungi," spore," or "spores" or the effects of same (including, but not limited to, any form or type of mold, mildew, mushroom, toadstool, smut, or rust).

GL 0807 (08/02)

**(3)**   With respect to this endorsement, Exclusion **2.b. - Contractual Liability** is replaced by the following:

    **b.**   "Bodily injury" or "property damage" for which the Insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement.

We shall have no duty to investigate, defend or indemnify any insured against any loss, claim, "suit" or other proceeding alleging injury or damages of any kind, to include, but not limited to, "bodily injury," property damage," or "personal and advertising injury" to which this endorsement applies.

**Additional Definitions:**

For the purpose of this endorsement, the following definitions are added:

"Fungus" and/or "fungi" includes, but is not limited to, any form or type of mold, mildew, mushroom, toadstool, smut, or rust.

"Spore" and/or "spores" means any reproductive body produced by or arising out of any "fungus" or "fungi."

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CALCULATION OF PREMIUM

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART

The following is added:

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued.  On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

 Copyright, Insurance Services Office, Inc., 1998

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
## (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

   A. Under any Liability Coverage, to "bodily injury" or "property damage":

      (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

      (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

      (1) The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

      (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

      (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

   "Hazardous properties" includes radioactive, toxic or explosive properties.

   "Nuclear material" means "source material", "special nuclear material" or "by-product material".

 © ISO Properties, Inc., 2007

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material (a) containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and (b) resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

(a) Any "nuclear reactor";

(b) Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel", or (3) handling, processing or packaging "waste";

(c) Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

(d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

   © ISO Properties, Inc., 2007     ❑

# POLICYHOLDER DISCLOSURE
# NOTICE OF TERRORISM
# INSURANCE COVERAGE

You are hereby notified that under the Terrorism Risk Insurance Act, as amended, that you have a right to purchase insurance coverage for losses resulting from acts of terrorism, *as defined in Section 102(1) of the Act*: The term "act of terrorism" means any act that is certified by the Secretary of the Treasury - in concurrence with the Secretary of State, and the Attorney General of the United States - to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of an air carrier or vessel or the premises of a United States mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

YOU SHOULD KNOW THAT WHERE COVERAGE IS PROVIDED BY THIS POLICY FOR LOSSES RESULTING FROM CERTIFIED ACTS OF TERRORISM SUCH LOSSES MAY BE PARTIALLY REIMBURSED BY THE UNITED STATES GOVERNMENT UNDER A FORMULA ESTABLISHED BY FEDERAL LAW. HOWEVER, YOUR POLICY MAY CONTAIN OTHER EXCLUSIONS WHICH MIGHT AFFECT YOUR COVERAGE, SUCH AS AN EXCLUSION FOR NUCLEAR EVENTS. UNDER THIS FORMULA, THE UNITED STATES GOVERNMENT GENERALLY PAYS 85% OF COVERED TERRORISM LOSSES EXCEEDING THE STATUTORILY ESTABLISHED DEDUCTIBLE PAID BY THE INSURANCE COMPANY PROVIDING THE COVERAGE. THE PREMIUM CHARGED FOR THIS COVERAGE IS PROVIDED BELOW AND DOES NOT INCLUDE ANY CHARGES FOR THE PORTION OF LOSS COVERED BY THE FEDERAL GOVERNMENT UNDER THE ACT.

YOU SHOULD ALSO KNOW THAT THE TERRORISM RISK INSURANCE ACT, AS AMENDED, CONTAINS A $100 BILLION CAP THAT LIMITS U.S. GOVERNMENT REIMBURSEMENT AS WELL AS INSURERS' LIABILITY FOR LOSSES RESULTING FROM CERTIFIED ACTS OF TERRORISM WHEN THE AMOUNT OF SUCH LOSSES IN ANY ONE CALENDAR YEAR EXCEEDS $100 BILLION. IF THE AGGREGATE INSURED LOSSES FOR ALL INSURERS EXCEED $100 BILLION, YOUR COVERAGE MAY BE REDUCED.

## Acceptance or Rejection of Terrorism Insurance Coverage

| | |
|---|---|
| ☐ | I hereby elect to purchase Terrorism coverage for a prospective premium of $_____. |
| ☒ | I hereby decline to purchase terrorism coverage. I understand that I will have no coverage for losses resulting from acts of terrorism. |

_____
Policyholder/Applicant's Signature

_____
Print Name

10/10/2016
_____
Date

Acceptance Indemnity Insurance Company
_____
Insurance Company

CG00135294
_____
Policy Number