MARK L. JACKSON, ESQ.
Nevada Bar No.: 010905
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, Nevada 89101
Phone: (702) 444-4444
Fax:  (702) 444-4455
E-Mail: mjackson@richardharrislaw.com
*Attorneys for Defendants Emmanuel Cespedes,*
 *Legal Representatives Of Estates of Deandre Lyle,*
 *Danny Miramontes, and Francisco Miramontes*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ACCEPTANCE INDEMNITY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>DESSERT AUTO TRADER, LLC, EMMANUEL CESPEDES, LEGAL REPRESENTATIVE OF ESTATE OF DEANDRE LYLE, LEGAL REPRESENTATIVE OF DANNY MIRAMONTES, and LEGAL REPRESENTATIVE OF ESTATE OF FRANCISCO MIRAMONTES,<br><br>Defendants. | Case No. 2:18-cv-2266 |

## STIPULATION AND ORDER TO EXTEND TIME FOR PARTIES TO FILE A JOINT STIPULATION AND ORDER TO DISMISS

IT IS HEREBY STIPULATED, by and between the Parties hereto, through their respective counsel, that the time set forth in the Court's October 29, 2019 Minute Order to file a

1

joint stipulation to dismiss, which is currently due December 30, 2019, be continued for Ninety (90) days in order to allow the accident claimant defendants time to secure the minor's comprise regarding the underlying claim on behalf of defendant Emmanuel Cespedes, which is a condition of the settlement in this action. It is further stipulated that the new date by which the Parties are to file a joint stipulation to dismiss be March 30, 2020.

DATED this 20th day of December, 2019.   DATED this 20th day of December, 2019

**RICHARD HARRIS LAW FIRM**   **COZEN O'CONNOR**

_/s/ Mark L. Jackson_   _/s/ Michael W. Melendez_
MARK L. JACKSON, ESQ.   MICHAEL W. MELENDEZ, ESQ.
Nevada Bar No.: 10905   Nevada Bar No.:6741
801 South Fourth Street   3735 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89101   Las Vegas, Nevada 89169
*Attorneys for Defendants Emmanuel Cespedes,*   *Attorneys for Plaintiff*
*Legal Representatives Of Estates of*
*Deandre Lyle, Danny Miramontes,*
*and Francisco Miramontes*

DATED this 20th day of December, 2019

**RYAN ALEXANDER, CHTD**

__/s/ Ryan Alexander_____
RYAN ALEXANDER
Nevada Bar No. 10845
3017 West Charleston Blvd., Ste 58
Las Vegas, Nevada 89102
*Attorneys for Desert Auto Trader, LLC*

**IT IS SO ORDERED.**

DATED: December 23, 2019

_____
UNITED STATES DISTRICT COURT JUDGE,

LEGAL\40088206\1