MARK L. JACKSON, ESQ.
Nevada Bar No.: 010905
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, Nevada 89101
Phone: (702) 444-4444
Fax:  (702) 444-4455
E-Mail: mjackson@richardharrislaw.com
*Attorneys for Defendants Emmanuel Cespedes,*
 *Legal Representatives Of Estates of Deandre Lyle,*
 *Danny Miramontes, and Francisco Miramontes*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ACCEPTANCE INDEMNITY INSURANCE COMPANY,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>DESSERT AUTO TRADER, LLC, EMMANUEL CESPEDES, LEGAL REPRESENTATIVE OF ESTATE OF DEANDRE LYLE, LEGAL REPRESENTATIVE OF DANNY MIRAMONTES, and LEGAL REPRESENTATIVE OF ESTATE OF FRANCISCO MIRAMONTES,<br><br>　　　　　Defendants. | Case No. 2:18-cv-2266<br><br>**<u>STIPULATION AND ORDER TO EXTEND TIME FOR PARTIES TO FILE A JOINT STIPULATION AND ORDER TO DISMISS</u>** |

　　　IT IS HEREBY STIPULATED, by and between the parties hereto, through their respective counsel, that the time set forth in the Court's October 29, 2019 Minute Order to file a joint stipulation to dismiss for Ninety (90) days, which was originally due December 30, 2019. The Court granted the Parties' prior Stipulation and Order to extend the time to file a joint stipulation to dismiss as Plaintiff was still in the process of obtaining the final Culinary lien in order to secure the minor's comprise on behalf of Plaintiff Emmanuel Cespedes.

　　　Plaintiff has made numerous inquiries and requests to Culinary to obtain the final lien amount.  Plaintiff is still waiting to obtain the final lien amount from Culinary.  The joint stipulation to dismiss is due March 30, 2020.  Plaintiff still needs additional time to obtain the

final Culinary lien amount and secure the minor's compromise on behalf of Plaintiff, Emmanuel Cespedes. Therefore, the Parties hereby stipulate that the March 30, 2020 deadline to file a joint stipulation to dismiss be continued June 30, 2020.

DATED this 19th day of March, 2020.

**RICHARD HARRIS LAW FIRM**

 /s/ Mark L. Jackson
MARK L. JACKSON, ESQ.
Nevada Bar No.: 10905
801 South Fourth Street
Las Vegas, Nevada 89101
*Attorneys for Defendants Emmanuel Cespedes, Legal Representatives Of Estates of Deandre Lyle, Danny Miramontes, and Francisco Miramontes*

DATED this 19th day of March, 2020

**RYAN ALEXANDER, CHTD**

  /s/ Ryan Alexander
RYAN ALEXANDER
Nevada Bar No. 10845
3017 West Charleston Blvd., Ste 58
Las Vegas, Nevada 89102
*Attorneys for Desert Auto Trader, LLC*

DATED this 19th day of March, 2020

**COZEN O'CONNOR**

     /s/ Michael W. Melendez
MICHAEL W. MELENDEZ, ESQ.
Nevada Bar No.:6741
3735 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 20th day of March, 2020.