MARK L. JACKSON, ESQ.
Nevada Bar No.: 010905
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, Nevada 89101
Phone: (702) 444-4444
Fax:  (702) 444-4455
E-Mail: mjackson@richardharrislaw.com
*Attorneys for Defendants Emmanuel Cespedes,*
 *Legal Representatives Of Estates of Deandre Lyle,*
 *Danny Miramontes, and Francisco Miramontes*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ACCEPTANCE INDEMNITY INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> vs. <br><br> DESSERT AUTO TRADER, LLC, EMMANUEL CESPEDES, LEGAL REPRESENTATIVE OF ESTATE OF DEANDRE LYLE, LEGAL REPRESENTATIVE OF DANNY MIRAMONTES, and LEGAL REPRESENTATIVE OF ESTATE OF FRANCISCO MIRAMONTES, <br><br> Defendants. | Case No. 2:18-cv-2266 <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR PARTIES TO FILE A JOINT STIPULATION AND ORDER TO DISMISS** |

IT IS HEREBY STIPULATED, by and between the parties hereto, through their respective counsel, that the time set forth in the Court's October 29, 2019 Minute Order to file a joint stipulation to dismiss for Ninety (90) days, which was originally due December 30, 2019. The Court granted the Parties' initial Stipulation and Order to extend the time to file a joint stipulation to dismiss to March 30, 2020.  The Parties submitted a second Stipulation and Order to extend the time to file a joint stipulation to dismiss, which the Court accepted, extending the deadline to June 30, 2020.

Plaintiff has finally received a balance confirmation from Culinary, which stated the balance owed for treatment provided to Emmanuel Cespedes was $21,407.61.  Culinary's lien almost exceeds the total settlement reached in this matter for Emmanuel Cespedes, as there

1

LEGAL\40088206\1

1  were four (4) victims, three (3) deceased, and only $100,000.00 policy limit available between
2  the four.  Upon receiving the balance, Plaintiff has sent several reduction requests to Culinary
3  advising them of the total settlement proceeds and asking them to reduce the lien in order to
5  ensure Emmanuel Cespedes could personally receive some of the settlement proceeds. On June
6  18, 2020, Plaintiff received an email from the adjuster for Culinary advising that she had
7  forgotten to respond to our numerous requests and would work on processing it.

8  Plaintiff cannot secure the minor's compromise on behalf of Emmanuel Cespedes until
9  the reduction request is received from Culinary.  Despite the numerous requests made to
10 Culinary for the balance requests and reduction requests, Culinary has failed to respond in a
11 reasonable time, thus prolonging Plaintiff's ability to secure the minor's compromise approval
12 and submit the dismissal documents to this Court.

13 The joint stipulation to dismiss is due June 30, 2020.  Plaintiff still needs additional time
14 to obtain the lien reduction from Culinary and secure the minor's compromise on behalf of
15 Plaintiff, Emmanuel Cespedes.

16 Therefore, the Parties hereby stipulate that the June 30, 2020 deadline to file a joint
17 stipulation to dismiss be continued September 30, 2020.  The Parties further stipulate and
18 request that the Court issue an Order to Show Cause or set a status check hearing and require
19 Culinary's presence in order to ensure their prompt response to the reduction request so this
20 matter can be resolved.

21 DATED this 19th day of June, 2020.        DATED this 19th day of June, 2020
22 **RICHARD HARRIS LAW FIRM**               **COZEN O'CONNOR**
23
24  */s/ Mark L. Jackson*                       */s/ Michael W. Melendez*
   MARK L. JACKSON, ESQ.                     MICHAEL W. MELENDEZ, ESQ.
   Nevada Bar No.: 10905                     Nevada Bar No.:6741
25 801 South Fourth Street                   3735 Howard Hughes Parkway, Suite 200
   Las Vegas, Nevada 89101                   Las Vegas, Nevada 89169
26 *Attorneys for Defendants Emmanuel Cespedes,*   *Attorneys for Plaintiff*
   *Legal Representatives of Estates of*
27 *Deandre Lyle, Danny Miramontes,*
   *and Francisco Miramontes*
28

DATED this 19th day of June, 2020

**RYAN ALEXANDER, CHTD**

  /s/ Ryan Alexander
RYAN ALEXANDER
Nevada Bar No. 10845
3017 West Charleston Blvd., Ste 58
Las Vegas, Nevada 89102
*Attorneys for Desert Auto Trader, LLC*

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 23rd day of June, 2020.

3

LEGAL\40088206\1