Michael W. Melendez
Nevada Bar No. 6741
COZEN O'CONNOR
3753 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
Tel:     702.470.2330
Fax:    702.470.2355
Email:  mmelendez@cozen.com

Attorneys for Plaintiff and Counterdefendant
ACCEPTANCE INDEMNITY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ACCEPTANCE INDEMNITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DESERT AUTO TRADER LLC; EMMANUEL CESPEDES; LEGAL REPRESENTATIVE OF ESTATE OF DEANDRE LYLE; LEGAL REPRESENTATIVE OF ESTATE OF DANNY MIRAMONTES; AND LEGAL REPRESENTATIVE OF ESTATE OF FRANCISCO MIRAMONTES,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. 2:18-cv-02266-RFB-DJA<br><br>**STIPULATION AND PROPOSED ORDER TO DISMISS WITH PREJUDICE ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41**<br><br>Judge: Hon. Richard F. Boulware, II |

WHEREAS, plaintiff Acceptance Indemnity Insurance Company ("Acceptance") filed this declaratory relief action against defendants Desert Auto Trader LLC ("Desert Auto Trader") and Emmanuel Cespedes, the Legal Representative of Estate of Deandre Lyle, the Legal Representative of Danny

///

///

Miramontes, and the Legal Representative of Estate of Francisco Miramontes (collectively, the "Claimants") to obtain a judicial declaration regarding the applicable limit under a commercial auto policy issued by Acceptance to Desert Auto Trader (Policy No. CG00135294) (the "Policy") relating to an accident occurring on or about September 30, 2017;

WHEREAS, the Claimants have made claims against Desert Auto Trader arising from the Accident;

WHEREAS, Acceptance filed this declaratory relief action to obtain a judicial declaration that a $100,000 Each "Accident" limit under the Policy applies to all claims arising from the Accident, regardless of the number of claimants;

WHEREAS, Acceptance's operative pleading is the first amended complaint, filed on April 10, 2019 (the "Complaint");

WHEREAS, Desert Auto Trader and the Claimants initially disputed that the $100,000 Each "Accident" limit under the Policy applies to all claims arising from the Accident, regardless of the number of claimants;

WHEREAS, on January 29, 2019, Desert Auto Trader filed a counterclaim in this action against Acceptance for declaratory relief and breach of contract based on allegations that the applicable limit in the Policy for the claims arising from the Accident is $300,000 (the "Counterclaim");

WHEREAS, Desert Auto Trader and the Claimants now agree that the $100,000 Each "Accident" limit under the Policy applies to all claims arising from the Accident, regardless of the number of claimants;

WHEREFORE, the Parties hereby STIPULATE, pursuant to Federal Rule of Civil Procedure 41(a)(1), that the above-captioned action, including Acceptance's Complaint and Desert Auto Trader's Counterclaim, be DISMISSED with PREJUDICE.

///

///

1      It is so STIPULATED.

2  Dated: September 28, 2020    RICHARD HARRIS LAW FIRM

By: /s/ *Mark L. Jackson*
    Mark L. Jackson
RICHARD HARRIS LAW FIRM
801 South Fourth Street
Las Vegas, Nevada 89101
Phone:  (702) 444-4444
Fax:     (702) 444-4455

Attorneys for Defendants
EMMANUEL CESPEDES, LEGAL REPRESENTATIVES OF ESTATES OF DEANDRE LYLE, DANNY MIRAMONTES, AND FRANCISCO MIRAMONTES

Dated: September 28, 2020    RYAN ALEXANDER, CHTD.

By: /s/ *Ryan Alexander*
    Ryan Alexander
RYAN ALEXANDER, CHTD.
3017 West Charleston Blvd., Ste. 58
Las Vegas, NV 89102
Phone:  (702) 868-3311
Fax:     (702) 822-1133

Attorney for Defendant and Counterclaimant DESERT AUTO TRADER

Dated: September 28, 2020    COZEN O'CONNOR

By: /s/ *Michael W. Melendez*
    Michael W. Melendez
COZEN O'CONNOR
3753 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
Tel:     702.470.2330
Fax:    702.470.2355

Attorneys for Plaintiff and Counterdefendant ACCEPTANCE INDEMNITY INSURANCE COMPANY

## **ORDER**

It is hereby ORDERED, pursuant to Federal Rule of Civil Procedure 41(a)(a), that the above-captioned action, including Acceptance's Complaint and Desert Auto Trader's Counterclaim, is hereby DISMISSED with PREJUDICE.

It is so ORDERED.

Dated: September 30, 2020.

_____
Hon. Richard F. Boulware, II
United States District Judge

LEGAL\43147117\1